# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**VALMIKI RAMANI**

Write the full name of each plaintiff.

**17CV 5746**

____CV____
(include case number if one has been assigned)

-against-

**youTube LLC**

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☒ No

RECEIVED SDNY PRO SE OFFICE
2017 JUL 28 AM 11:07
S.D. OF N.Y.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

HARRaSSment and Discrimination in mainting my music video channel on YouTube — VALMIKI International Songs of Love Twn.

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, **YouTube LLC** (Plaintiff's name), is a citizen of the State of San Bruno California 94066 901 CHerry Ave
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, __YouTube LLC__, is incorporated under the laws of the State of __California__

and has its principal place of business in the State of __California__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in __901 Cherry Ave San Bruno, Ca 94066__

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_____    _____    _____
First Name                  Middle Initial              Last Name

_____
Street Address

Do not know it at present but it does not work
County, City                                State                Zip Code
                                            None
_____                    _____
Telephone Number                            Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

You Tube LLC
First Name / Last Name

Online media
Current Job Title (or other identifying information)

901 Cherry Ave
Current Work Address (or other address where defendant may be served)

San Bruno    CA    94066
County, City    State    Zip Code

Defendant 2:

First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

Defendant 3:

First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

Page 4

Defendant 4: _____
              First Name              Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City           State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: On Line — youtube

Date(s) of occurrence: 2015 — present

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I first had my song which I performed put on YouTube under the site for the Name of that song title of which "You don't have to say you love me" After seeing it was being successful in April 3 2016 began up Loading other music videos up to July 26 2017. I have my own channel titeled "Valmiki Ramani International Songs of Love ™" Totaling about 275 (+) videos. Whenever I up load a video a copy (Thumbnail) goes onto my channel or by just typing my full name Valmiki Ramani into YouTube Browser all the videos combo see. However 99% of the songs I perform are covers of other artist songs and so

a copy of the thumbnail will appear under that artist site for that song. This is customary and standard practice within the industry. Some of the songs have copyright content, and YouTube through arrangement with the owners, allow me to us their material once they -the owners can soley monetize the videos. My grivances against YouTube is that since publishing the first song to the last one yesterday July 26, 2017 they have been constantly taking the videos from off the host ARTIST site after a day or few. I have little recourse through which to ask them to fix the problem - HELP at the bottom of page and send feedback are two options which work lot of times.

**INJURIES:**
If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

This has been frustrating - because once the videos has been placed they should not be taken down - or moved further back in the site. I am being discriminated and harrassed by YouTube LLC, for what is my belife is my ethnicity, as not being acceptable in owning the channel. I wish this practice to stop. I am at my limit of their practice.

**IV. RELIEF**
State briefly what money damages or other relief you want the court to order.

I wish YouTube to stop the practice of not placing my uploading videos, of removing them after they have been positioned on Host ARTIST - or other general song/site. And if the court see fit to award me any punetative awards that may seem fit.

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2016**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| VALMIKI D RAMANI | 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 |

| Box 3. Benefits Paid in 2016 | Box 4. Benefits Repaid to SSA in 2016 | Box 5. Net Benefits for 2016 (Box 3 minus Box 4) |
|---|---|---|
| $9,240.00 | NONE | $9,240.00 |

**DESCRIPTION OF AMOUNT IN BOX 3**

| | |
|---|---|
| Paid by check or direct deposit | $9,240.00 |
| Benefits for 2016 | $9,240.00 |

**DESCRIPTION OF AMOUNT IN BOX 4**

NONE

**Box 6. Voluntary Federal Income Tax Withheld**

NONE

**Box 7. Address**

VALMIKI D RAMANI
APT 6D
13905 85TH DRIVE
JAMAICA NY  11435-2729

**Box 8. Claim Number** (Use this number if you need to contact SSA.)

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A

Form SSA-1099-SM (1-2017)    DO NOT RETURN THIS FORM TO SSA OR IRS

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: July 27 2017

Plaintiff's Signature: Valmiki Ramani

First Name: UALMIKI
Middle Initial: D
Last Name: RAMANI

Street Address: 139-05 85 Drive Apt 6D
County, City: Briarwood
State: NY
Zip Code: 11435

Telephone Number: 718-291-2978
Email Address (if available): UALMIKI.D.R@Gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7