# VALMIKI
# RAMANI

INTERNATIONAL SONGS OF LOVE™
139-05 85th Drive, Suite 6D
Briarwood, NY 11435
Tel: 718-291-2978
Email: valmiki.d.r@gmail.com  MAY:           2019

Provided by plaintiff in case  Index no 17-CV-5746(CM)
true original copies of the following documents

(1)  Response to defendant attorney/Legal agent
     to my motion Date

(2)   ALL copies of motion papers filled in
      the New York state Supreme Court

(3)  Proof of service of all documents filled,
     Motion, Discovery - Evidence.

(4)  Initial Papers

RECEIVED
SDNY PRO SE OFFICE
2019 MAY 22  AM 9: 00

Sign name _____

Print name _____

Received by on behalf
of the US Distristic Court

UNITED STATES DISTRICT COURT: SOUTHERN
DISTRICT OF NEW YORK

Valmiki Ramani
      PLAINTIFF
         against
                              INDEX NO: 17-CV-5746 (cm)
You Tube LLC
      Defendants              Application to have the
                              Court fees waived and to
                              litigate as a poor person

To the Hon C. Mc Mahon Chief Justice:
I Valmiki Ramani plaintiff make application
to this court to proceed as a litigant as
a poor person. To prove that my application
is meritious, I herewith attaches a copy
of my projected Social Security Income
for the year 2019.


139-0585 DR 6D           Valmiki Ramani
Briarwood NY 11435       Plaintiff
Tel: 718-291-2978        VALMIKI Ramani
EMAIL: VALMIKI.D.R
@ Gmail. Com.

2019 MAY 22  AM 9:01

SDNY PRO SE OFFICE
RECEIVED

If you work, we will pay your benefits based on your estimate of how much you would make. We will adjust your benefits as necessary when your employer reports your earnings on your W-2 form. If the earnings on your 2018 W-2 form(s) include money you earned in another year, please contact us before April 15, 2019, to let us know.

## Your New Benefit Amount

**BENEFICIARY'S NAME:** VALMIKI D RAMANI

Your Social Security benefits will increase by **2.8%** in 2019 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

### How Much Will I Get And When?
- Your monthly amount (before deductions) is $809.00
- The amount we deduct for Medicare Medical Insurance is $0.00
  (If you did not have Medicare as of November 16, 2018,
  or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare Prescription Drug Plan is $0.00
  (We will notify you if the amount changes in 2019. If you did not elect
  withholding as of November 1, 2018, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is $0.00
  (If you did not elect voluntary tax withholding as of
  November 16, 2018, we show $0.00.)
- After we take any other deductions, you will receive $809.00

on or about January 3, 2019.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. Or visit ***www.ssa.gov/non-medical/appeal*** to appeal online. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at ***www.godirect.org*** online.

### What If I Have Questions?
- Visit our website at ***www.socialsecurity.gov***
- Call us toll-free at **1-800-772-1213** (TTY **1-800-325-0778**)

UNITED STATES COURT DISTRICT:
Southern DISTRICT OF NEW YORK
VALMIKI RAMANI
       PLAINTIFF       IND&NO 17-CV-5746 (CM)
   AGAINTS       Reopen of the above
YouTube LLC     case,/Index No By ORDER
    DEFENDANTS  of CHIEF Justice Hon C. McMohn
To the Hon Colleen McMaHON CHIEf
united STATES. DISTRICT Judge

I Valmiki Ramani of 139-05 85 DR GD
Briarwood, NY 11435, Citizen of the United
STaT. of America hereby deposes, that
in 2017 I opened a case against the
defendants, however the defendants convinced
me if I were to Monetize the videos on my
YouTube Channel: "VALMIKI RAMANI International
Songs of Love TM", that is allow ads to be placed
on my videos, the requirments to qualify being 10,000
views, I was qualified 150 percent, I would have
an earning from the ads, and most of all I would
have a special Route/email to YouTube that
would address all the problems, I was having
such as video take down for no ligimitate
Reason except discrimination. I agreed to
this enrolled and told them to give the revenue

(1)

from the advertising to my hospital the New York Presbentrian Hospital. This Lasted six months and YouTube changed the qualifications to bein the program, they never sent any money from the advertising to the hospital, and I was no Longer in the program, however I us as well as the direct email to their help center never helped me and the discrimination continued, the Keptaking down my videos and I could never get to keep my videos in the desired marketing position.

2) My channel have had multiple problems from the begining to present day, after being unable to pursue Legal action against YouTube in this Court, I went to the State of New York Supreme Court, County of Queens and started a suit against the defendents. under the Index no 5821/2018. YouTube is Located in San Bruno California County of San Matteo, and since I was persuing the Lawsuit as a poor person, I made a motion to the (Rule 312-I) Court to have someone in new york serve the Summons and Complaint via the USPS by Certified Mail, it was denied, I then was able to get the Sheriff of SanMatteo county to serue

the papers for me with out payment required as I was doing it as a poor person. The sheriff went to you tube office and left the papers with the receptionist Reimai, he sent me the proper documents, and the court clerk accepted them. Thirty days passed and you tube failed to reply, so I applied through a motion for default Judgement, the court clerk took proof of service from me, never telling me that I should present it on the return day of the motion, on that day I explained to the Judge clerks that I was told all I needed was to give it to them to file, therefore it was in the case minuites, the Judge there after denied me default Judgement because I did not submit the affidavit of service to her clerks and did so to the clerk in the county clerk office. I made another motion for default Judgement and this time submitted proof of service on the return date to the Judge's clerk(s) Now this was 120 days after the Summons and Complaint was served by the Sheriff, this time You Tube replied by sending Mr Jason Wollick to representing them, among the protest he made was that YouTube was not served property. On the 4-29-19 Justice Joe Taylor handed down a decision denying me default

Judgement, this came at a time I was waiting for a return date on a motion I had filed return date 5-21-19. This motion had to do with the fact that for the fourth time You tube had hacked into my computer on April 9th while I was in court and took all my . Email. The first time they took all 391 of my video - stole them I had 263 on external back up, had my HP tech help put them back into the video file and started try to get other videos of the channel into the file, then they struck again, deleting all my download file and taking the videos and putting them into the download file. However as my date of return 5-21-19, in response to Justice taylor denial, and said that according to the CPLR officers of the corp, state attorney, cashier or assistant, or registered agent were eligible to receive service. Therefore I had some one serve You Tube attorney their legal agent permitted to receive legal papers a copy of the Amended of Service of Summons and Complaint, I had to have the server do it via certified mail USPS as the firm Mr Mollick work for do not permit process servers into their office, I then received a reply from Mr Mollick a reply to my motion,

(4)

(5)

I therein responded to mr Mollick statment
that youtube was never properly sereed,
and that the case should be dismissed,
my reply in conported the service over
mr Jason Mollick youtube leagal
agent as duly served, and then went on
to illustrate to mr Mollick and Justice
the the Sheriff through his dept of process
service had done it not inproperly
siting CPLR 311 where as a appointed agent
could be served, thus service on Mr Mollick
and went on to include in this reply to
present to both MR Mollick youtube legal
agent Justice taylor which included service
and proof there of to MR Mollick Legal agent,
satisfying CPLR 311, and further more
extract(s) from the CPLR of two
instances where as service on the receptionist
of the Corpoation by the Sheriff was deemed
legal siting the case of "Macdonald v
Ames Supply Co", where the Judge showed
when such service is proper, as the receptionist
would the forward the papers to and
executive who would then hand it
to the proper personnel, thus service was
achieve, there is another such article
included with the same remedy. Then I
went on to address the Judge (having established
that YouTubeLLC was twice served legally, and had

(5)

Failed to reply to the sheriff service until about 120 days after service of the Summons and Complaint, and told her that I should be granted default Judgement against You tube.

3) I am submitting my reply as described in section 2, as an opening to the rest part of my case, and am looking at it as prim fact. However the case is and had become far more complicated when my videos were stolen by Youtube in a motion, I placed another compensation of 2.000 000 dollars on the case bringing it monetary wise to 4 000 000 dollars. I am also submitting all papers of motions that were filed and proof of service, also papers filed titled DISCOVERY — Evidence and all proof of service. Together these papers will illustrate my case against the defendant's. I would like to add that in 2018 a creator like my self who was earning thousands of dollars monthly was not being paid so she went with a gun and killed four workers at Youtube. I am stating this so as to give a profile of Youtube.

4) My problems with youtube apart from complaint filed, has esclated and can be see in the motions I am supplying from case

(6)

Index No 5821 / 2018 in the State Supreme Court. I am now going to List by numbers all the problems I need resolved with the defendant;

① Valmiki Ramani International Songs of Love (TM) is my channel with 400 (plus) videos to date. YouTube is built on Cyber space, therefore (1A) I have my channel which should display all my videos and ancillary information and all other conducive information of the channel. (1B) When someone enter my channel's name and press enter all of my videos should appear, and no other from the cyber space under my channel's name is mine, if the user wants to scroll through my video without clicking on my name which ould take them to my channel proper they should be able to do so and see all the videos and other ancillary subjects, or if they just want to stay with the initial channel display of only the channel videos and browse, they should be able to see all my videos and no other videos should appear under my channel's name but this has not been and still is not the case, who't You Tube

(7)

has done is only showing between 20 — 80 of my videos
and as you scroll down you then begin to
see other videos to infinity, on my space
under my Trade name and Brand. This is
not right. AT one time YouTube has a business
developement manager Neal Mohan, an
Indian whose idea I am sure it was
to take over my channel and
show a few of my videos and the
whole channel became Indian
filed with indian videos and channels.
You can see this in the motion(s) I made
against this, and by the papers I submitted
(and submitting) under - Discovery - Evidence.
My channel was and still is not mine entirely,
as should be, but Utube's, my videos / music are
of the Western Hemisphere, not India's
Culture, there is so much to be said of this but
my Submission explains it all. To date they the
defendants have backed off the Indian take
over of my channel and now shows some
of my videos and the resta space is all
of other western videos. This is my channel
I want only my videos on it as other channels
has.

  (2) YouTube has a feature where under the

(8)

channel Tradename on a artist name
showcase their videos, they have to tally
showcasing other artist videos under
my Trade name and mark out never
my videos, I protested to them
that it is a violation and trespassing on my
channel to no avail. I did say to
them that the only artist you may
show in between is ELvis Presley. I need
this corrected.

(3) ③ I want an end to the take down of
my videos on the various song sites for
mainly because the vide rises to the top
and they would take the videos (song and past
on a single page, on an Indian site
of videos. When I produce a video, the computer
automatically puts it on the site of the
title song, this is the was my videos get
viewed and market. I want an end to
this practice. Motions have content of
this as well as Discovery and Evidence
files show it all.
④ I want a stop to YouTube Hacking
my computer taking files out, and viewing
the emails I send.

(9)

(4) I want my channel to my self to manage, edit, and develope, it's my occupation now I am retired.

(5) I am in compliance with all copyright materials I use, through the YouTube I.D system all of this is in Motions and Discovery - Evidence

I ask this court to enforce what is in fair practice mine to be had, and any monetary or other compensation that the court may deem fit for the abuse, discrimination etc I have faced since starting my channel with 80 songs I had recorded in around 2001, and have worked hard to develope a clean content channel, showcasing the music that has made our culture and western civilization famous. Justice Taylor is boldy discriminating against me!

139-0585 DR LD Briarwood NY     Valmiki Ramani
ADDRESSES            11435       Plaintif)

Tele: 718-291-2978  VALMIKI Ramani
Email: VALMIKI·D·R @ Gmail·Com.

PS: I service is done again on Summons-Complaint the President of YouTube should be the reciepient of such.

(10)

# VALMIKI
# RAMANI

International Songs of Love™
139-05 85th Drive, Suite 6D
Briarwood, NY 11435
Tel: 718-291-2978
Email: valmiki.d.r@gmail.com

Date May 2019

ATTACHED HEREWITH IS the
Name, address and Tele/Email
OF Defendant's Legal agent.

MR Jason B. MOLLICK
WILSON Sonsini, GoodRich, RosaTi
40th FL
1301 Avenue of the Americas
New York.
NY 10019

THE opposition
Has a copy
of this document

THIS Request
was Rejected
by the Judge Taylor
on 5-21-19

THAt was a Return
date of Last motion
and it is the Last
day of this Case
in that court of —

STATE Supreme Court of NEW YORK
County of Queens
Valmiki Ramani
            Plaintill            Index No 5821/18
youTube LLC                 Dispute process Service
            Defendants           ① Decision

To the Hon Justice J. Taylor, I Valmiki
Ramani Plaintill hereby dispute your
decision of granting me default Judge-
ment against the defendant on 4-29-19
where as you have stated that Sheriff
Balanos did not properly serve the defendant
the Summons and Complaint by leaving the
papers with Remi — Receptionist who later

1)  forwarded them to the officers of the company
These papers should be deemed Served
and my request for default Judgement
and all other demands of the defendants be
granted this is based on a case from
the Appelate Court McDonald v
Ames Supply Co (22 NY 2d 111 115) a
exhibit of this decision and case is hereby
attached as exhibit "A".

2)  Further more in other papers attached
to the response of defendant attorney

(1)

STATE Supreme Court of NEW YORK
Court of Queens

Valmiki Ramani                    INDEX NO 5821/18
          Plaintiff
       against                    Reply to Defense
You Tube LLC                      Re: Service of Summon Complaint
          Defendants

To the Hon Justice Taylor:

I the plaintiff hereby make the dispute
on your decision filed on 4-29-19, to
discredit my service of initial papers
to the defendants as bein improper served.
Instead of opening another motion to
do this I am using this motion and
date thereof to make my opposition
to your decision. Additional documents
attached and contained herewith supports
my objection to you denial of me
of default Judgement. I do hope I do
not have to take this matter to the Appeals Court!

                    Valmiki Ramani
                    Plaintiff
                    Valmiki Ramani

Response to this motion papers, the defendant is once more served the Summons and Complaint papers, as Mr Mollick is an Legal appointed agent of the defendant.

Therefore I ask this court to proceed with my motion for default Judgement through reinstatment and that I should be here after be with out further - - hesitation be granted default Judgement against the defendants who took approximately 120 day to reply to my Summons and complaint.

Valmiki Roman
Plantiff
VALmiki Roman

See exhibits attached
A - B - C
Rule 312-1  Service By mail
would have allowed my inital papers
to be mailed by another person

5821/2018 ORDER SIGNED SEQUENCE #1

Short Form Order

NEW YORK SUPREME COURT - QUEENS COUNTY

Present: HONORABLE   JANICE A. TAYLOR      IAS Part  15
                        Justice
-----------------------------------------x
VALMIKI RAMANI,

                              Plaintiff(s),      Index No.:5821/18

                                                 Motion Date:9/4/18

        - and                                    Motion Cal. No.: 22

                                                 Motion Seq. No: 1

YOUTUBE LLC.,

                              Defendant(s).
-----------------------------------------x

FILED
OCT 22 2018
COUNTY CLERK
QUEENS COUNTY



The following papers numbered 1 - 4   read on this motion by
plaintiff for an order granting leave to serve summons and
complaint by certified mail through a third party.

                                                 Papers
                                                 Numbered

Notice of Motion-Affirmation-Exhibits-Service........  1 - 4


        Upon the foregoing papers it is **ORDERED** that the motion is
decided as follows:

        Plaintiff now moves for an order granting leave to allow a
third party to serve defendant by certified mail through the United
States Postal Service. Plaintiff asserts that an affidavit will be
notarized and filed with the court. The instant unopposed motion is
hereby denied. Service of the summons and complaint must be
completed by personal service in accordance with CPLR §311.


Dated: October 16, 2018


                                  JANICE A. TAYLOR, J.S.C.

H:\Decisions - Part 15\Decisions-2018\Micellaneous\5821-18_Ramani_Youtube_service_misc_sfo.wpd

Judge Refused to Use Rule 312-1

Printed: 5/21/2019

be deemed valid. In *McDonald v Ames Sup'ly Co.* (22 N.Y.2d 111, 115), the Court of Appeals invalidated a service where a summons was simply left with a building receptionist not employed by defendant. But the court said: "Distinguishable are those cases in which the process server has acted reasonably in placing the summons within reach of the defendant, and therefore, with ` due diligence' in fulfilling the *526 statutory requirement of personal delivery (compare CPLR 308, subd. 3). In such cases, service is sustained even though the process server did not in fact hand the summons to the proper party." CPLR 311 (subd 1), requires service upon a "managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service." The question of who

Exhibet A

CPLR 2001: "At any stage of an ...cion, the court may permit a mistake, ... mission, defect or irregularity to be corrected, upon such terms as may be just, or, if a substantial right of a party is not prejudiced, the mistake, omission, defect or irregularity shall be disregarded." In such circumstances the defect in service should be held to be "an irregularity which may and should be disregarded." (*Matter of Knickerbocker Ins. Co. [Gilbert]*, 28 N.Y.2d 57, 65.) In the present case the process server went to defendant's office. He presented himself to the receptionist, an employee designated by defendant to receive and direct business visitors. He told her he had a summons to serve on the defendant. She directed him to Mr. Forward, an employee of the defendant of some responsibility, a "claims manager" of defendant, though it is now contended not a "managing agent." He delivered the process to Mr. Forward who promptly forwarded it to the appropriate officers and attorneys of defendant. In these circumstances I think the service of process should be deemed valid. In *McDonald v Ames Supply Co.* ( 22 N.Y.2d 111, 115), the Court of

Exhibit B

Read     Attorney Analyses 0     🔒 Citing Briefs 0     🔒 Citing Cases 47

defendant, though it is now contended not a "managing agent." He delivered the process to Mr. Forward who promptly forwarded it to the appropriate officers and attorneys of defendant. In these circumstances I think the service of process should be deemed valid. In *McDonald v Ames Supply Co.* ( 22 N.Y.2d 111, 115), the Court of Appeals invalidated a service where a summons was simply left with a building receptionist not employed by defendant. But the court said: "Distinguishable are those cases in which the process server has acted reasonably in placing the summons within reach of the defendant, and therefore, with `due diligence' in fulfilling the *526 statutory requirement of personal delivery (compare CPLR 308, subd. 3). In such cases, service is sustained even though the process server did not in fact hand the summons to the proper party." CPLR 311 (subd 1), requires service upon a "managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service." The question of who constitutes a "managing agent" should be determined in the context of the purpose of this statute. We are after all not concerned with whether a long term contract executed by the particular agent binds the corporation. Rather the "test is whether the relationship is such as to justify the inference that notice given to the agent will

Exhibit B

STATE SUPREME COURT OF NEW YORK
County of Queens

VALMIKI RAMANI
     PLAINTIFF
    against      INDEX NO 5821/18
YouTube LLC    Reply to defendant
    Defendants    response to my motion

To the Hon J. Taylor, my motion for default Judgement has been denied because the defendant YouTube LLC was not properly served with the Summons and Complaint. I ask the court to understand Sheriff B Lamos office has a department that does process servicing as does other Law enforcement offices accross this country, the fact that the process of service was not properly executed should not be held against me, as I looked towards our legal system to have the papers served correctly. Mr Wollick seems to take this ill fortune I have fallen on me and use it to make my legal action seem frivilious; while his client continues to carry out unfair acts me and my channel.

1) 

2) Mr J. Wollick and the Law firm he works for are agent(s) for the defendant, therefore they should be deemed suitable to receive service of the Summons and Complaint, this being

(1)

so, I have prepared a document attached herewith titled "Ammendment of Service of Summons and Complaint, and had Marlyin Jones serve these papers on Mr Mollick via the USPS through certified mail, as Mr Mollick Firm told me they do not allow process servers into the office, I ask the court to see that by doing this service, that the papers be considered finally properly served

3) Mr Mollick hasten to ask the court to view my motion's as frivilious and repeatitive, well that may be so, and it is because his client does not cease to hack away at my so called channel as I am fully aware now I do not have a proper channel, as YouTube fails to display all 4400 of my videos under my channel's name and instead show other videos. They continue to use my trade name and trade mark to promote other artist work and never mine this is an illegal use of my Tradename — marks, further more it is insulting and shows how the defendants has been treating me.

(2)

However this motion was made as the defendant continue as Mr Mollick points out my repetitive claims indeed they are as I am being discriminated against day after day, but, this motion also was made because I could include the fact that while I was in court on April the 9th with the Last motion, the defendants hacked my computer once again and took out all my email, and Lately I have discovered that they have gone through my videos and Remove all the good comments I got for several videos for example one from ELLA Henderson who now resides in ITaly, and sang a song title "Yours", different from my "Yours" sent me a nice comment on my song, Youtube Removed it.

4) I came to this court seeking Justice against a vicious defendant, therefore I ask this court to accept my re-service of the Summons and Complain on Mollick who is an "agent" of and for the defendant, and so my case which has all merit go forward.

"The court to make the defend to fix the wrongs in my channel, put a stop to all that I have accused them of, and realise this is not a Frivilious matter Mr Mollick, I have tried building a channel, now I have 400 plus videos, and has been competitive with the upper strata of my endeavours musically, I done this under all that I have accused the defendent of their ill practice on me, and you, an employee with a Law firm with some years out of Law school, have the nerve to disrespect what I have done, what I have achived, that your client continuously tries to destray.

5  Hon J. Taylor finally I ask this court to grant me continuance of the suit, by accepting the ammended service of Summons and Complaint and have the court force the defendent to to cease and correct all the wrongs in my effort to build my channel and grant me any other awards as seem fit.

Valmiki Ramani

Valmiki Ramani

4

STATE OF NEW YORK SUPREME
COURT : County of Queens

Valmiki RAMANI
                    PLAINTIFF
         against                    INDEX NO 5821/18
YouTube LLC                   Ammended Service
         Defendents              of Summons and
                                         Complaint.

To the Honourable Justice J. Taylor,
in response to you decision on my 3rd
motion for defant Judgement, and finding
that the chief Law enforcement officer Sheriff
Blamos, whose office has a department for
process service failed to serve the defendants
properly.

To correct this attached herewith is a
ammended service of the Sammons and
Complaint, which was served via usps
mail,        on an agent of the defendant
authorized to accept legal documents
Attorney at Law and Council for the defendants
in this matter Jason Mollick. Mr Mollick
office of business does not allows process servers
into their offices, therefore it had to be done
by certified mail via the USPS.

(1)

3) In todays motion the discrimination and wrongful practice by the defendant towards me and my channel continues, The failure to display all my videos on my cyber space under my name (channel) as appears accessing through the browser, the majority of my space is taken up with videos of other artist. My tradename/mark continues to promote others videos instead of mine, and the takedown of my videos from positions because their rise to the top positions of the Song Site continues, example RELEASE ME which was in 3rd position, is now moved off the site. Having my videos on the song sites is an important marketing function.

4) I thank you for acceptance of these papers and look forward to your help in correcting the wrong I have faced on my channel and any other awards deem fit.

Valmiki Ramani
Plaintiff

VALMIKI Ramani

(2)

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF QUEENS**

_____ X

VALMIKI RAMANI

**(Fill in name(s))**   (Plaintiff(s))/Petitioner(s)

- against -

YouTube LLC

**(Fill in name(s))**   (Defendant(s))/Respondents(s)

_____ X

Index Number

5821/18

Affidavit of Service

STATE OF NEW YORK
COUNTY OF  Queens  SS:

I, Hector Colon  being duly sworn says:**(NAME OF PERSON**

**WHO SERVES PAPERS)**  I am not a party to the action, am over 18 years of age And reside

at  139- 80 85 DR ApT 3A Brewood NY 11435  **(ADDRESS**

**OF PERSON SERVING PAPERS)** On May 14 , 2019**(DATE OF SERVICE)**, I served a true copy of

the following papers,  Complaint & Summons  Ammende also  **(IDENTIFY THE PAPERS**

**SERVED)** which are attached to this affidavit, in the following manner:  **[CHECK ONE]**


_____   By personally delivering the papers to: _____ **[PERSON**

SERVED] at [ADDRESS]_____.

**PERSONAL**   The individual I served had the following characteristics: **[FILL IN]**

**SERVICE**   ___ Male ___ Female _____ Skin Color _____ Hair Color

___ 21-34 yrs. ___ 35-50 yrs. ___ 51-61 yrs. ___ Over 61

____ 120-150 lbs. ____ 151-181 lbs. ____ Over 182 lbs.

Approximate height _____ _____

Other distinguishing features _____



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

NEW YORK, NY 10019

| | | | 0202 |
| | | | 05 |

Certified Mail Fee   $3.50

$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage   $1.15

$
Total Postage and Fees   05/14/2019
$ 65

Sent To   Jason Mistick   Hotel

Street and Apt. No., or PO Box No.
1301 Ave of the America NY NY 10019

City, State, ZIP+4®
NY 10019

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions

7018 1830 0000 0336 0307

INSTRUCTIONS: FILL IN THE NAMES IN THE BOX NUMBER BELOW, THE INDEX NUMBER AND THE DATE THE INDEX NUMBER WAS PURCHASED. COMPLETE ALL BLANKS IN ACCORDANCE WITH THE DIRECTIONS SET FORTH IN BOLD PRINT.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------------x

[YOUR NAME(S)]
VALMIKI RAMANI
Plaintiff(s),

-against-
you Tube LLC

[NAME OF PERSON(S) SUED]

Defendant(s)
-------------------------------------------------------------------x

Index No. 5821/18

Date Index No.
purchased _____

**SUMMONS**

To the Person(s) Named as Defendant(s) Above:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to answer the complaint of the plaintiff(s) herein and to serve a copy of your answer on the plaintiff(s) at the address indicated below within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated: 7-27 , 20 18
[DATE OF SUMMONS]

VALMIKI RAMANI
[YOUR NAME(S)]

139-0585 DR 6D
BRIARWOOD NY 11435
718-291-2978
[YOUR ADDRESS(ES) and
PHONE NUMBER(S)]

Defendant's Address 901 CHERRY Ave. SAN BRUNO CA 94066
[ADDRESS OF PERSON(S) SUED]

Venue:       Plaintiff(s) designate(s) Queens County as the place of trial. The basis of this designation is [CHECK ONE]:

☒   Plaintiff(s)' Residence in Queens County.
☐   Defendant(s)' Residence in Queens County.
☐   Other -- Describe: _____

**NOTE: THIS FORM OF SUMMONS MUST BE SERVED WITH A COMPLAINT**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------x

VALMIKI RAMANI

        Plaintiff,

       - against -

YouTube LLC

        Defendant.

-------------------------------------------------------------x

Index No. 5821 /20 18

**COMPLAINT**

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff, VALMIKI RAMANI , respectfully

shows and alleges as follows:

(1) THE PLAINTIFF herein, VALMIKI RAMANI is a
resident of the State of New York, and resides
at 139-0585D APT 6D BRIARWOOD NY 11435.

(2) THE defendant herein YouTube LLC
has a place of business at 901 CHERRY Ave
San Bruno CA 94 066. THE defendant is
in the business of ONLINE Media.

(3) I VALMIKI RAMANI plaintiff began a
not for profit YouTube channel of music
videos in 2016. I began making
videos and posting them under my trademarked
channel titled VALMIKI RAMANI INTER-
national songs of love.

(4) From the begining of creating and
managing my channel, I have faced
harrassment, discrimination on a

continious basis by YouTube LLC under the following conditions.

(5) When I post my videos on many occassions, the videos would be taken down from ancillary sites conducive to the marketing of my videos

(6) This is my channel and to date I have over 370 videos. This means all off my videos posted should be under my channel, however this has not been the position. Less than half of my videos has ever been on my channel at one time.

(7) 1 Furthermore the space on my channel which I should be having my videos are filled by a host of other videos from other sources many of them very damaging to my brand; see Discovery attached

(8) I have worked hard to build my channel and the brand only to have it's image destroyed by filthy videos on my channel.

(9) Furthermore by not displaying all of my uploaded videos, I loose the opportunity of having them viewed and increased my rating. This has been totally damaging to my brand.

(10) IN 2017 I entered into an aggreement with You tube LLC to Monetize my videos by allowing advertising to be show on the videos and I inform YouTube the Revenue would go to my hostipal New York Presbyterian Hostipal. After about six months this beginning Feb 31 2018 I would no Longer have this agreement as YouTube was changing the gualifications. This was a breach of contract. The hostipal never Received any Revenue. See Discovery for proof of this agreement.

(11) I have been harrassed, discriminated and have had my channel's brand dimminished and tORN apart by YouTube. I am asking the court to award me $2,000,000 dollars and any other awards deemed fit, for compensatory and punetitive Reasons

DATE:                  2018

                        VALMIKI RAMANI
                        PLAINTIFF

                        139-05 85 DR 6D
                        BRIARWOOD NY 11435

·3·

# VERIFICATION

VALMIKI RAMANI, being duly sworn, deposes and says:

I AM the plaintiff in the above mentioned - ENTITLED action. I have read the foregoing complaint and know the contents thereof. THE SAME are true to my knowledge, except as to matters there in stated to be alleged on information and belife and as to those matters I belive them to be true.

Sworn to me this
26th day of July 2018

VALMIKI Ramani
PLAINTIF

NOTARY Public

SUSAN N. RUIZ
Notary Public-State of New York
No. 04RU6352980
Qualified in Queens County
Commission Expires January 9, 2021

311.    Personal service upon a corporation or governmental subdivision. (a) Personal service upon a corporation or governmental subdivision shall be made by delivering the summons as follows:

1. upon any domestic or foreign corporation, to an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service. A business corporation may also be served pursuant to section three hundred six or three hundred seven of the business corporation law. A not-for-profit corporation may also be served pursuant to section three hundred six or three hundred seven of the not-for-profit corporation law;

**Instructions: Fill in the names of the parties and the Index Number. Complete the blank spaces next to the instructions printed in bold type. PRINT AND USE BLACK INK ONLY.**

```
RECEIVED
FEB 0 1 2019
COUNTY CLERK
QUEENS COUNTY
```

```
SEQ. NO._____
RELIEF _____
RETURN DATE_____
CAL. DATE_____

FOR COURT USE ONLY
```

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
------------------------------------------------x
VALMIKI RAMAN)

FILL IN NAME(S)Plaintiff(s)/Petitioner(s)

Index No. 5821 / 2018

vs
youTube LLC

NOTICE OF MOTION USE
FOR CIVIL ACTION OR
PROCEEDING

FILL IN NAME($)Defendant(s)Respondent(s)
------------------------------------------------x

PLEASE TAKE NOTICE that upon the attached affidavit(s) of _____

Valmiki Ramani _____ **[YOUR NAME(S)]**,

sworn to on the 1 day of Feb , 2009, **[DATE THE AFFIDAVIT WAS SWORN TO**

**BEFORE A NOTARY PUBLIC]**, and the exhibits attached thereto, and upon all the proceedings

in this case to date, the plaintiff(s)/petitioner(s), defendant(s)/respondents **[CIRCLE ONE]**

will move in this Court, at 9:00 A.M. on the 19 day of Feb , 2019, **[INSERT THE**

**RETURN DATE YOU SELECTED]** at: The Supreme Court, County of Queens-Civil Term

Courthouse, located at:

Service 2d Feb

1. 88-11 Sutphin  Boulevard, Jamaica, N.Y.,  in IAS Part 1 5 ,

2. ~~25-10 Court Square, Long Island City, N.Y.,  in IAS Part~~_____.

**[STRIKE CHOICES THAT DO NOT APPLY] ,**

for an order granting the following to the movant(s).  **[DESCRIBE WHAT YOU ARE ASKING THE**

**COURT TO ORDER]** DeFAuLT Judgement against the defendant for Not Responding to Summons and Complaint and appeapence on Last motion 13th Nov 2018

_____and granting such other and further

relief as this Court may deem just and proper.

      **PLEASE TAKE FURTHER NOTICE**, that pursuant to Civil Practice Law and

Rules 2214(b), a notice of motion and support affidavits shall be served at least eight days

(8) before which time the motion is noticed to be heard.  Answering affidavits shall be

2

served at least two (2) days before such time.  Answering affidavits and any notice of

cross-motion, with supporting papers, if any shall be served at least seven (7) days before

such time to appear if a notice of motion served at least sixteen (16) days before such time

so demands; whereupon any reply or responding affidavits shall be served at least one day

before such time.

Dated: _Queens_____, New York
   **[COUNTY WHERE SIGNED]**

_Feb 1_____, 20 _19_
   **[DATE SIGNED]**

Respectfully Submitted,

_Valmiki Raman_____

_Valmiki Raman_____

_139-05 85 DR 6D_____

_Briarwood ny 11435 718-291-2978_
**[PRINT YOUR NAME, ADDRESS
and TELEPHONE NUMBER]**·
_Email: Valmiki.D.R @
Gmail.Com_

TO:  Attorney for Plaintiff(s)/Petitioner(s)
      Defendant(s)/Respondent(s) **[CIRCLE ONE]**

_____

_____

_____

   **[PRINT NAME, ADDRESS and
   TELEPHONE NUMBER]**

3

Instructions: FILL IN THE NAMES OF THE PARTIES AND THE INDEX NUMBER. COMPLETE THE BLANK SPACES NEXT TO THE INSTRUCTIONS PRINTED IN BOLD TYPE. PRINT AND USE BLACK INK ONLY. SIGN YOUR NAME IN THE PRESENCE OF A NOTARY PUBLIC.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------------X

[FILL IN NAME(S)]                    Plaintiff(s)

VALMIKI RAMANI

**VS**

You Tube LLC

[FILL IN NAME(S)            Defendant(s)
-------------------------------------------------------------------X

Index No.

5821 118

**AFFIDAVIT
IN SUPPORT**

STATE OF NEW YORK
COUNTY OF _Queens_ [COUNTY WHERE NOTARIZED] ss:

VALMIKI Ramani [YOUR NAME], being duly sworn, deposes and says:

1. I am the plaintiff/defendant [CIRCLE ONE], in this action. I make this affidavit in support of my motion for an order [STATE WHAT YOU WANT THE COURT'S ORDER TO PROVIDE OR GRANT YOU, INCLUDING WHY YOU SHOULD BE GRANTED IMMEDIATE RELIEF PENDING THE HEARING OF THIS MOTION BY THE COURT. THIS STATEMENT MUST ALSO BE INCLUDED IN THE NOTICE OF MOTION OR ORDER TO SHOW CAUSE] _____

Default Judgement against the Defendants for not Responding to Summons — Complaint served by Sheriff of San Mateo County. And not appearing on first motion on Nov 13 2018

2. I believe the Court should grant my motion because [EXPLAIN YOUR REASONS,
USE ADDITIONAL PAPER IF NECESSARY.]

to support my motion and reasons for in addition I have filed several papers titled Discovery — Evidence which lay out the structure in detail for the reason of my lawsuit against the defendant all papers were filled with the county Clerk in Room 106 of this Court. In addition to those complaint a second motion was filed as Defendant hacked into my computer and took all 391 video out of the file, and did so a second time deleting the download file and replacing it with back up videos

RECEIVED

FEB

C
QU

2

3. No prior application has been made for the relief sought herein except [LIST

ALL PRIOR REQUESTS FOR THE SAME RELIEF MADE IN THIS OR ANY OTHER COURT AND THE

RESULTS OF THOSE APPLICATIONS.   USE ADDITIONAL PAPER IF NECESSARY.   IF NO PRIOR

REQUESTS HAVE BEEN MADE, STATE "None"] _____

PRIOR motion was made 11-13-18 and is
being denied because I filed proof of
Service with county clerk and did not
hand in such at the motion date.

WHEREFORE, I respectfully request that this motion be granted, and that I

have such other and further relief as the Court may find to be just and proper.

_Valmiki Ramon_

**(Sign your name in the presence of a notary public)**

_Valmiki Ramari_

**(Print your name)**

Sworn to before me this

_1_ day of _Feb_, 20_19_

_____

**(NOTARY PUBLIC)**

SUSAN N. RUIZ
Notary Public-State of New York
No. 04RU6352980
Qualified in Queens County
Commission Expires January 9, _2021_

3

**Instructions: Fill in the names of the parties and the Index Number. Complete the blank spaces next to the instructions printed in bold type. PRINT AND USE BLACK INK ONLY.**

RECEIVED

FEB 2 0 2019

COUNTY CLERK
QUEENS COUNTY

SEQ. NO._____

RELIEF _____

RETURN DATE_____

CAL. DATE_____

## FOR COURT USE ONLY

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
------------------------------------------x

VALMIKI RAMANI

FILL IN NAME(S)]Plaintiff(s)/Petitioner(s)

Index No.5821 /18

vs

You Tube LLC

NOTICE OF MOTION USE
FOR CIVIL ACTION OR
PROCEEDING

FILL IN NAME(S)Defendant(s)Respondent(s)
------------------------------------------x

PLEASE TAKE NOTICE that upon the attached affidavit(s) of _____

VALMIKI Ramini _____ **[YOUR NAME(S)]**,

sworn to on the 20 day of Feb_____, 2019 , **[DATE THE AFFIDAVIT WAS SWORN TO**

**BEFORE A NOTARY PUBLIC]**, and the exhibits attached thereto, and upon all the proceedings

in this case to date, the plaintiff(s)/petitioner(s), defendant(s)/respondents **[CIRCLE ONE]**

will move in this Court, at 9 Am **A.M.** on the 12 day of March, 2019, **[INSERT THE**

**RETURN DATE YOU SELECTED]** at: The Supreme Court, County of Queens-Civil Term

Courthouse, located at:

0

1. 88-11  Sutphin  Boulevard, Jamaica, N.Y., in IAS Part ~~7~~

~~2. 25-10 Court Square, Long Island City, N.Y., in IAS Part_____.~~

[STRIKE CHOICES THAT DO NOT APPLY] ,

for an order granting the following to the movant(s).  [DESCRIBE WHAT YOU ARE ASKING THE

COURT TO ORDER] To have You Tube LLC, put a stop
immediately to making VALMIKI RAMANI
INTERNATIONAL Songs of Love™ channel
an Indian channel allowing the entire
channel to be used as a staging ground
for introduction of Indian videos in the western
hemisphere, and put all of my videos 390 (±)
on my channel now there is under 60 of my
videos on my channel, they have allowed
my channel to become destroyed by featuring
other people's videos. they have trespassed on
my property since my channel name is tracked
marked and the name existed since 2001 when I
wanted to produced under that title – Tradename – a cd
of my songs. (Please see attached sheets) and granting such other and further

relief as this Court may deem just and proper.

        **PLEASE TAKE FURTHER NOTICE**, that pursuant to Civil Practice Law and

Rules 2214(b), a notice of motion and support affidavits shall be served at least eight days

(8) before which time the motion is noticed to be heard.  Answering affidavits shall be

2

I require only my videos that are produce to be on my channel, and no other further more YouTube have destroyed my Brand as when viewers go to my channel to see my videos they do not see all 390 (+) videos but one never ending ending parade of INDIAN videos, channels etc, I require on injunction immediately to put an end to this and restore my channel to me the plaintiff). This action by YouTube LLC has caused considerable damage to my channel and most likely was the idea of a so called Indian executive in their employ responsible for business development whose name is Neal Mohan.

Second on Jan 9    2019 my computer was hacked into and all 391 videos were stolen. I have Hellewt Packard Smart Friend Service the number 1-866-211-5207 and I contacted them and a supervisor by the name of. Prasjeet was able to determine the videos were take out the computer. I had 263 backedup on an external hard drive and the supervisor was able to put them back into my video files. HP Smart Friend Service is reluctant to give me a document to what has had happened to my videos/computer. Only a subpeochona would persuade them. on the 11th of Jan 2019 I discovered that the defendent had gone into my computer deleated my download files and took about 40 of the replaced videos and put them into the download files.

Extention of page 2 (motion)

They did this to further harass me.
On the night of Jan 11   at 10AM police from
the 107 precient came to respond to my
call about the theft of videos and
second attack on my computer and on the
videos I asked for a report number and
I was given a number that was not a true
report number, Two officers responded.

During the month of Febuary YouTube began
using my channel's name to promote
other artist works and not mine.
Attached under Discovery - Evidence
are files to show proof of this.

Extension of Page 2 motion - Page 3

served at least two (2) days before such time.  Answering affidavits and any notice of

cross-motion, with supporting papers, if any shall be served at least seven (7) days before

such time to appear if a notice of motion served at least sixteen (16) days before such time

so demands; whereupon any reply or responding affidavits shall be served at least one day

before such time.


Dated: Feb 19   2019, New York
**[COUNTY WHERE SIGNED]**

Feb 19            , 20 19
**[DATE SIGNED]**


Respectfully Submitted,

VALMIKI Ramani
139-05 85 DR APT 6D
BRIARWOOD NY 11435
718-291-2978
**[PRINT YOUR NAME, ADDRESS
and TELEPHONE NUMBER]**

Email: VALMIKI D·R
@ Gmacl-Com


TO:  Attorney for Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s) **[CIRCLE ONE]**

Jason Mollick
1301 6th Ave 40th FL
NY NY 10019


_____
**[PRINT NAME, ADDRESS and
TELEPHONE NUMBER]**


3

Instructions: FILL IN THE NAMES OF THE PARTIES AND THE INDEX NUMBER. COMPLETE THE BLANK SPACES NEXT TO THE INSTRUCTIONS PRINTED IN BOLD TYPE. PRINT AND USE BLACK INK ONLY. SIGN YOUR NAME IN THE PRESENCE OF A NOTARY PUBLIC.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------X

VALMIKI Ramani
**[FILL IN NAME(S)]**     Plaintiff(s)

Index No.

5821 / 18

VS

YouTube LLC
**[FILL IN NAME(S)]**     Defendant(s)

AFFIDAVIT
IN SUPPORT

-----------------------------------------------------------------X

STATE OF NEW YORK
COUNTY OF Queens **[COUNTY WHERE NOTARIZED] ss:**

VALMIKI Ramani **[YOUR NAME], being duly sworn, deposes and says:**

1. I am the plaintiff/defendant **[CIRCLE ONE]**, in this action. I make this affidavit in support of my motion for an order **[STATE WHAT YOU WANT THE COURT'S ORDER TO PROVIDE OR GRANT YOU, INCLUDING WHY YOU SHOULD BE GRANTED IMMEDIATE RELIEF PENDING THE HEARING OF THIS MOTION BY THE COURT. THIS STATEMENT MUST ALSO BE INCLUDED IN THE NOTICE OF MOTION OR ORDER TO SHOW CAUSE]**

I am asking the court to ORder to immediately restore my channel to me, it is my property and I have uploaded more than 390 videos on it. They have taken away my channel from me and made it their property to introduce Indian videos into the Western Hemisphere, they saw my

2. I believe the Court should grant my motion because [EXPLAIN YOUR REASONS, USE ADDITIONAL PAPER IF NECESSARY.] as the perfect platform to do this. As for my stolen videos Youtube has several stations around the world one in Mumbi India. It is easy for them to change the thumbnail on my videos and Sab titled them and show them with advertisment for profit.

I am seeking a further 2,000,000 dollars in compensation for the damage that YouTube has done to my channel and the immediate return of my channel to me with all 390 plus videos on it, and to halt all disruptive actions on my videos hindering them from prevailing.

2

3. No prior application has been made for the relief sought herein except [LIST ALL PRIOR REQUESTS FOR THE SAME RELIEF MADE IN THIS OR ANY OTHER COURT AND THE RESULTS OF THOSE APPLICATIONS. USE ADDITIONAL PAPER IF NECESSARY. IF NO PRIOR REQUESTS HAVE BEEN MADE, STATE "None"] PRIOR request was 2years ago made to the US DISTRICT Court, then ce bonded, then tried to restore case, I was denied and case was dismissed. Have since asked the Court to reconsider.

WHEREFORE, I respectfully request that this motion be granted, and that I have such other and further relief as the Court may find to be just and proper.

*Valmiki Ramani*

V ALmiKi Ramani
**(Sign your name in the presence of a notary public)**

V ALmiki Ramani
**(Print your name)**

Sworn to before me this

19 day of Feb 19, 20 19

**(NOTARY PUBLIC)**

ZLATA AKILOVA
Notary Public, State of New York
Reg. No. 01AK6355611
Qualified in Queens County
Commission Expires 03/13/2021

3

# SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF QUEENS

_UALMIKI RAMANI_,

**Plaintiff/Petitioner**

- against -

_YouTube LLC_,

**Defendant/Respondent**

---

## NOTICE OF MOTION

---

To the best of my knowledge, information and belief,
formed after an inquiry reasonable under the circumstances,
The presentation of these papers or the contentions therein
are not frivolous as defined in subsection (c) of section
130-1.1 of the Rules of the Chief Administrator (22NYCRR)

## SELF REPRESENTED LITIGANTS INFORMATION

Sign Name: _Ualmiki Ramani_

Print Name: _UALMIKI Ramani_

Address: _139-05 85 DR APT 6D_

_BRIARWOOD NY 11435_

Telephone: _718-291-2978_

E mail
~~Fax #:~~ _UALMIKI·D·R@Gmail·Com_

---

Service of a copy of the within is hereby admitted

Dated: _Feb_ ,20_19_

Attorney for _Pro Se_

State Supreme Court County of Queens

Valmiki  Ramani
      Plaintiff
    v

YouTube LLC
    Defendants

Index no 5821/2018

Discovery and Evidence

I VALMIKI Ramani plaintiff hereby deposes the following to be true.

1) To show the take over of my channel by YouTube / defendants and how they have made it into an INDIAN CHANNEL I have took 4 consecutive screen shots of the channel in part number attached exhibits 1 - 4.

2) The defendant has used my trade name and trade mark to promote other artist work as in Exhibit "A" herewith attached something they have never done with my work.

VALMIKI Ramani
VALMIKI Ramani

valmiki ramani international songs of love channel



7:02

**ANGEL.**
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 40 views • 1 year ago
Song performed by VALMIKI RAMANI.This song is an Elvis Presley cover.



2:47

**Valmiki Ashram Amritsar || Ranjit Teji Malsian || Bhagwan Valmiki**
**New Bhajan 2018 || C4V CHANNEL**
C4V Channel • 11K views • 4 months ago
Title - valmiki Ashram Amritsar Singers - Ranjit Teji Malsian wala Music - Pankaj Ahuja Lyrics - Shinda
Nehialuwal Lebel - CIREN ...



5:23

**Bollywood Mashup Live || Love & BreakUp || Singer Sachin Kumar**
**Valmiki**
Sachin Kumar Valmiki • 41K views • 2 years ago
Bollywood Mashup Live || Singer- Sachin Kumar Valmiki
https://www.facebook.com/singer.sachinkumar Guitarist: Sam Haidar ...



3:55

**Tujhse Naraz Nahin Zindagi - SACHIN KUMAR VALMIKI_HEART**
**TOUCHED SONG**
Valmiki Guruji • 55K views • 4 months ago
SONG - TUJHSE NARAZ NAHIN ZINDAGI SINGER - SACHIN KUMAR VALMIKI
Beautiful_Heart_Touched_Song ...

3:30

①

Channel
Shot (screen)
in Sequence

1 — 4

See the invasion
of INDIAN
VIDEOS
Taking over
my channel

valmiki ramani international songs of love channel








LESSON IN LOVE-AS SUNG BY CLIFF RICHARD.
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 24 views · 7 months ago
This song is performed by VALMIKI RAMANI as a cover.

VALMIKI KUTIYA || SHIVANI GILL || NEW VALMIKI BHAJAN 2018 ||
AARV PRODUCTION
Aarv Production · 62K views · 4 months ago
AARV PRODUCTION Presenting "SHIVANI GILL - Valmiki Kutiya" latest Punjabi Song only on Aarv
Production Channel. This new ...

Aayat - SACHIN KUMAR VALMIKI - SRGMP_2016 - आरोही ता
बेसुरित
Valmiki Guruji · 166K views · 1 month ago
SONG - AAYAT SINGER - #SACHIN_KUMAR-VALMIKI SARAGAMAPA2016 FIRST RUNNER UP PLEASE
LIKE.....

दबंग वाल्मीकि | DABANG VALMIKI BOY | NEW HARYANVI SONG 2018 |
DEV BADAL
CN RECORDS · 206K views · 8 months ago
Subscribe The Channel For More Updates - https://www.youtube.com/channel/UC3bvRu-
68ksHILY2yMNuRFA Staring - Dev Badal.....

valmiki ramani international songs of love channel







2:56

4:18

2:36:41

6:45

Praveen Ulwal · 523K views · 3 years ago

valmiki ji mahraj song.

## The Best Songs Of Kenny G Best Saxophone Love Songs 2018
Música Mexicanos · 8.7K views · 4 months ago

The Best Songs Of Kenny G Best Saxophone Love Songs 2018 The Best Songs Of Kenny G Best
Saxophone Love Songs 2018 ...

## Jai Valmiki |New Hindi Song |2014|Valmiki Bhajan | KNK Records
GoBindas Bhakti · 117K views · 4 years ago

Album - Nityanem Karo Music Director - Harish Mangoli Singer - Shashi Gill Audio Label - KNK Records.

## AM I THAT EASY TO FORGET.
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · No views · 2 years ago

Performed by Valmiki Ramani.Use headphones.

## Valmik Prabhu | Ks Makhan | Valmiki Prabhu Song | Ms Records & Sk Prooduction
MS Records · 336K views · 2 years ago

Album -Valmik prabhu Song - Jai jai kar Artist - Ks Makhan Music - V Music writer - Thaper jalandhari
Label - Ms Records & Sk...




valmiki ramani international songs of love channel



**AM I THAT EASY TO FORGET.**
Valmiki Ramani INTERNATIONAL SONGS OF LOVE 1m • No views • 2 years ago

Performed by Valmiki Ramani.Use headphones.




**Valmik Prabhu | Ks Makhan | Valmiki Prabhu Song | Ms Records & Sk Prooduction**
MS Records • 336K views • 2 years ago

Album - Valmik prabhu Song - Jai jai kar Artist - Ks Makhan Music - V Music writer - Thaper / Jalandhari
Label - Ms Records & Sk ...



**Valmiki Bhajan sukhvir sukh**
Sabharwal Arts U.A.E • 167K views • 1 year ago

Valmiki Bhajan sukhvir sukh.



**Sri Ramayana Kavyasudhe | Valmiki | Dr.Rajkumar | Rajanala | Kannada Video Song**
SRS Media Vision Entertainment 🄰 1.1K views • 8 months ago

Watch Sri Ramayana Kavyasudhe Video Song from the film Valmiki on Srs Media Vision Entertainment
channel.

**Majbi Singh | Singer - Sarbjit Sahota | Valmiki Ji Special Video | Punjabi Devotional | Anmol Bhajan**




Exhibit "A"

TheENGELBERTChannel  Recommended videos for you

SUBSCRIBE 13K

X



Engelbert Humperdinck -
Please release me,, (baú de...

A. soares
1K views · 3 years ago




ENGELBERT — The Best
Video compilation of songs

2vd.ru
2.5M views · 3 years ago



82 Year-Old Singing Legend
Engelbert Humperdinck...

Lifeminute
109K views · 3 months ago




Engelbert Humperdinck
Medley Live Toppers in...

Peter Grosso
5.1M views · 1 year ago



★Engelbert Humperdinck●
Love Me With All Your Heart...

Susan Cipriano
271K views · 3 years ago

SUBSCRIBE 13K

Nimiki Ramani INTERNATIONAL SONGS OF LOVE tm viewers also watch... Recommended videos for you



Elvis Presley's Just Pretend Cover
Israel Jane
28K views • 2 years ago



Elvis Presley - I'll Hold You In My Heart LYRICS! HD
RockKingElvisPresley
112k views • 6 years ago

Ill Remember You
Elvis Presley ♪
14K views • 4 years ago



Karaoke Just Pretend (with the Royal Philharmonic...
karafun
23K views • 2 years ago



Elvis Presley - I'll never fall in love again (tribute)
Mr. A.P
1.3M views • 8 years ago



Exhibit "A"

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm viewers also watch... Recommended videos for you                                                                                         ✕



You Don't Have To Say You
Love Me - Dusty Springfield...
jundelacruz0722
1M views · 1 year ago

Lonely Boy - Paul Anka
PromoMedia
5.9M views · 10 years ago

Engelbert Humperdinck
Medley Live Toppers In...
Peter Grosso
5M views · 1 year ago

Elvis Presley - It's Now Or
Never w/lyrics
musicislifee01
6.3M views · 9 years ago

Karaoke Spanish Eyes -
Engelbert Humperdinck *
karafun
943K views · 4 years ago

Exhibit "9"

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm viewers also watch...    Recommended videos for you



Elvis Presley - What now my love (Live 1973 Best version!)
TheKingOfMusic007
3M views · 7 years ago



Elvis Presley - Loving you (lyrics)
TwolfiesLady
512K views · 9 years ago




ELVIS PRESLEY - MEMORIES
MrsSucriflor
2.2M views · 5 years ago

Elvis Presley - Tomorrow Never Comes
TwolfiesLady
2.1M views · 8 years ago





Elvis Presley - Such A Night w/lyrics
musicislifee01
1.4M views · 9 years ago

Exhibit "A"

State Supreme Court County of Queens:

Valmiki Ramani
    Plaintiff

    against

You Tube LLC
    Defendants

Index No 5821/18

Response To Defendants Oppositions served electronically March 8 2019.

1) Defense claims they were never served with motion papers although such papers were served and affidavit of service was filed by me to the county clerk office and stamped in this court Feb 21 2019. This is a lame excuse for not-reciving service, such as defendant counsel made with the serviceg summon and complaint in which they claimed that the papers were not served properly although they were served by the leading Law enforcing officer of the County of San Mateo, the Sheriff who attest in his papers of service that on 9-25-18 he served such papers on persons authorized to recieve them. Here is another clutching at straw by counsel.

2) To address my allegations that You Tube Stole my videos from my video files (391). I never said they broke into my apartment, I said they hacked into my computer files!

3) Defense counsel claims that 99 percent of my videos has music that are infringement, that is not

(1)

So as can be seen from exhibit of my channel videos only some about one third have copyright content and that is taken care of by YouTube copyright content ID systems and proof supplied that permission was given to use of copyright content, once the owners of such are allowed to monetize the videos even in such cases I am entitled to part of the revenue. This is again straw.

4) My channel per se is not penetrated by the Indian and other invasion of videos from these sources, why the public does not access my channel when searching for it that way the type in the name of my channel into the general search browser and what they get is what you your Honour can see and evidence of which I have supplied to. Do type in my channel name into the browser and have my channel's name appear with conducive information is ligitmate, and what should follow is all 395 (plus) display of my videos instead of a few, and the rest of my channel display overwhelmingly Indian videos. I would like to make reference of other artist channel's general search which results in a display of all their videos and do not carry other institutions videos; example;

(2)

Elvis Presley Channel; Englebert Humperdink channel; The Merrymen of Barbados; Nat Cole Channel.

5) In regards to YouTube search engine if you were to search for Valmiki Smiti, you might get my name popping up in the search but searching for a Tradename such as VALMIKI Ramoni International Songs of Love ™ would not display all the magnitude of Indian videos and Indian channel as are displayed on my channel while only about 50 of my videos are seen. Counsel again is clutching at straw.

6) In conclusion to counsel reply I declare all his allegations without merit and a straw fabrication of a defense. Attorney: Jason B. Mollick
Wilson Sonsini Goodrich Rosati

Valmiki Ramoni
Plaintiff
VALMIKI Ramoni

Exhibits of Service (2) are herewith attached.

(3)

TORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
VALMIKI RAMANI
139-05 85TH DR SUITE 6D
BRIARWOOD NY 11435

TELEPHONE NO.: ((718) 291-2978    FAX NO. (Optional):

MAIL ADDRESS (Optional):

ATTORNEY FOR (Name):

FOR COURT USE ONLY

RECEIVED

OCT 0 1 2018

COUNTY CLERK
QUEENS COUNTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:    88-11 SUFPHIN BLVD
MAILING ADDRESS:    JAMAICA NY 11435
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: VALMIKI RAMANI

DEFENDANT/RESPONDENT: YOU TUBE LLC

| CASE NUMBER: |
| 5821 / 18 |

| PROOF OF SERVICE OF SUMMONS | | Ref. No. or File No.: 18001783 |

the time of service I was at least 18 years of age and not a party to this action.

served copies of:

other (specify documents): NOTICE OF MOTION, SUMMONS & COMPLAINT (5 PAGES), DISCOVERY (7 PAGES).

Party served: **YOU TUBE LLC**

☒ Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):
         Remi - Receptionist

dress where the party was served:    901 CHERRY AVE SAN BRUNO CA 94066

served the party

☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on 09/25/2018 (2) at 3:12 pm

☐ **by substituted service.** On:                at:                I left the documents listed in item 2 with or in the presence of:

   1. ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   2. ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   3. ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   4. ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on.
         ☐ a declaration of mailing is attached.

☐ **by other means.** Method          On:              at:

e: item 6 is for Summons only

Service of Summons and Complaint
Perfectly Legally
Served
by
SHERIFF OF SAN MATTEO County

e "Notice to Person Served" (on the summons) was completed as follows:

☐ as an individual defendant

☐ as the person sued under the fictitious name of:

☐ as occupant

☐ On behalf of:

nder the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)

      ☐ 416.20 (defunct corporation)

      ☐ 416.30 (joint stock company/association)

      ☐ 416.40 (association or partnership)

      ☐ 416.50 (public entity)

      ☒ 415.95 (business organization, form unknown)

      ☐ 416.60 (minor)

      ☐ 416.70 (ward or conservatee)

      ☐ 416.90 (authorized person)Person who issued the agreement to appear:

      ☐ 415.46 (occupant)

      ☐ Other:

ant Information: If the Restrained Person's date of birth (DOB) or age is not contained in the original Temporary
ning order of the original Sheriff's Letter of Instruction the following may occur: The San Mateo County Sheriff's Office
: unable to enter the Restraining Person's information in the California Law Enforcement Telecommunications System
5) or the Domestic Violence Restraining Order System (DVROS).

on who served papers

ame:              FRED RADETIC

ddress:          400 County Center, 3rd Floor Redwood City, CA 94063

elephone number:   (650) 363-4583

e fee for service was: $

eclare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

m a California sheriff or marshal and I certify that the foregoing is true and correct.

y, September 26, 2018

                          Carlos G. Bolanos, Sheriff
                          County of San Mateo

                          By: _____

                             Sheriff's Authorized Agent

s: Det. Radetic Drop Served(Remi) at the Reception Desk.

# SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF QUEENS

_____ X

VALMIKI RAMANI

**(Fill in name(s))** (Plaintiff(s))/Petitioner(s)

- against -

YouTube LLC

**(Fill in name(s))** (Defendant(s))/Respondents(s)

_____ X

Index Number

5821 , 2018

**Affidavit of Service**

STATE OF NEW YORK
COUNTY OF __Queens__ SS:

I, Marilyn Jones _____ being duly sworn says: (NAME OF PERSON

WHO SERVES PAPERS) I am not a party to the action, am over 18 years of age And reside

at _139-80 85 Drive 3A Jamaica NY 11435_____ (ADDRESS

OF PERSON SERVING PAPERS). On _Feb 20_, 20_19_ (DATE OF SERVICE), I served a true copy of

the following papers, _NOTICE OF MOTION_____ (IDENTIFY THE PAPERS

SERVED) which are attached to this affidavit, in the following manner: [CHECK ONE]

_____ By personally delivering the papers to: _____ [PERSON

SERVED] at [ADDRESS]_____

**PERSONAL** The individual I served had the following characteristics: [FILL IN]

**SERVICE** ___ Male ___ Female _____ Skin Color _____ Hair Color

___ 21-34 yrs. ___ 35-50 yrs. ___ 51-61 yrs. ___ Over 61

____ 120-150 lbs. ____ 151-181 lbs. ____ Over 182 lbs.

Approximate height _____ _____

Other distinguishing features _____

X

**MAIL**

USPS

By mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

_____

**OVERNIGHT**

**DELIVERY**

**SERVICE**

By depositing the same with an overnight delivery service in a wrapper properly addressed.  Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The delivery service used was _____.  The name(s) and address(es) of person(s) served are indicated below:

Name(s) and address(es) of Person(s) served:

Jason Wollick
Attorney at Law
1301 Ave of Americas 40 FL
NY NY 10019.

_____

_____

_____

_____

_____

_____

_____

_____

M A Jones
**[SIGN NAME]** Before a Notary

Marilyn Jones
**[PRINT NAME]**

Sworn to before me this
21 day of Feb , 2019

Notary Public

2012



### Desi Geet

122,558 subscribers · 69 videos

Desi Geet - Best Official Youtube **Channel** For Top Haryanvi **Songs**, Punjabi Songs,

### AJ Jacobs

48,031 subscribers

SUBSCRIBE to our **channel** to get the latest(future) videos **straight** to your homepa



### Ajinkya Music ☺

634.633 subscribers · 128 videos

Ajinkya Music is the Music **Channel** for the Latest to the Greatest **Songs** That You

On my channel through Exhibit A
Browser

Does this Look Like it's attracting
people with the name valmiki

The same with following exhibits
B and C

I is YouTube responsibility to
direct it's engineering not to
Let this algorythim to be used
instead they have deliberate
done this. My channel is being
Raped and plundered!



## SD Tv Music

37,708 subscribers • 85 videos

SD Tv Music Is A unit of SD Tv Music Company. SD Tv Music Basically Is A Music Re...



### Hamein Aaj Koi Naa Chhediyo (HD) - Funtoosh Song - Dev An...
Sheila Ramani

Shemaroo Filmi Gaane ✓   27K views • 8 months ago

"Movie: Funtoosh Singer: Kishore Kumar, Asha Bhosle Lyrics: Sahir Ludhianvi Music...
S.D.Burman Director: Chetan Anand ...



### PRABHU VALMIKI JI DE DARSHAN BY SARBJIT SAHOTA NK
SINGER CONT. 9872587584

Sarbjit Sahota • 3.5K views • 5 months ago

TITLE- PRABHU VALMIKI JI DE DARSHAN SINGHER - SARBJIT SAHOTA SONG - PR...
DARSHAN MUSIC ...



### New Songs 2018||Guru Valmiki||Sandeep Nahar||Pinder Udha...
Bee The Rex||6db Records

6db Records • 5.3K views • 5 months ago

Title:- Guru Valmiki Singer:- Sandeep Nahar Lyrics:- Pinder Udhay Music:- Aar Bee Th...
Records.

Exhibit B

**BIHARIWOOD - बिहारीवुड** ✓

2,401,663 subscribers • 7,072 videos

Everyday On Internet we come across content like Bhojpuri **Songs**, Bhojpuri **Songs**

Exhibit C

STATE Supreme Court of the STATE
OF NEW YORK; COUNTY OF Queens
Valmiki Ramani
       PLAINTIFF
       against                    INDEX NUMBER
YouTube LLC                       5821/2018
       DEFENDANTS
                                  NOTATION ON this Case
To the Honourable Justice Janice Talyor
Of the STATE Supreme Court of New York.

I have filed a lot of papers and have made
a lot of statements about this case. I do
hope that you can clearly see from the start
that YouTube began harassing me by.
putting ugly videos of dirty STREET scenes
on my channel it has been two years
of STRUGGLING, now the defendants has
seen a better use for what I have, my
property encouraged by to INDIAN
employes Neal Mohan and Arwagal
they see it fit to take over my
channel and turn it into an Indian
one, this is my property they have
hodder most of my videos and with the
way my channel looks now my
brand that I was building has been
destroyed. I Literally have no
control over my channel. I am
relying the law to correct this

1

not by only fincial compensation, but the restoring of my channel to me and put a stop to the defendant having any hands on my channel or taking down of my video as they climb the ladder of the independent song sites, and to stop hiding the views that my videos receive, if this is not done I will have no option to close down my channel, and even with that there remains a problem for me, YouTube has stolen 39 of my videos which the can do what ever they want with, out of our eyes, as they have about 10 stations worldwide. If I do not get Justice, I fail to see how Justice can prevail in our country.

Respectfully,

Valmiki Ramani
Plaintiff

②

STATE Supreme Court OF NEW YORK
County of Queens:

VALmiki Ramani
     Plaintiff

   against          INDEX no: 5821/2018

YouTube LLC     DISCOVERY — EVIDENCE
    Defendants        Discrimination

1) Walmiki Ramanani, plaintiff hereby deposes to be true this statement and exhibits.

2) Two years ago I uploaded a video titled "Any thing that in part of you", it was placed at the second position on the Song's Site (which is different from a channel, all songs has sites and anyone can be on them) as shown in exhibit "A" attached. ELvis Presley occupied first place on the site.

3) In August my video moved up to FIRST place as it was getting constant viewing, while ELvis's was not, it later became my second video to reach the one thousand mark as seen in Exhibit "B" attached.

4) Before August You tube had featured ELvis and my version of the Song as seen in attachment Exhibit C.

5) As stated that (in both depositions)(In both motions) My videos were constantly taken down as they moved

up or take off the Song's site totally. This you can see what you tube has done as of March the 4 2019 as seen in exhibit D attached.

6) This is not the only video they have done this to but several more like it.

7) They the defendants has done this in addition to taking over my channel and have made it into a circus, deciding what should be on it. This action by YouTube has gone beyond discrimination, but a total show of theft, of my proprety, and used it to their means, it's amountable to Rape and plunder.

Valmiki Ramani
Plaintiff
Valmiki Ramani

(2)







Exhibit A

2:06

2:04

2:29

11:28

Anything that's part of you - ELVIS PRESLEY - With Lyrics

SVansay • 126K views • 4 years ago

Anything that's part of you - ELVIS PRESLEY - With Lyrics S.Vansay.

ANYTHING THAT'S PART OF YOU-VALMIKI RAMANI

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 677 views • 1 year ago

ELVIS PRESLEY-COVER.

Anything That's Part Of You Elvis Presley

Ben Quint • 22K views • 1 year ago

Anything That's Part Of You Elvis Presley.

Anything That's Part of You

Elvis Presley - Topic • 5.4K views • 3 years ago

Provided to YouTube by Sony Music Entertainment Anything That's Part of You · Elvis Presley / El
Presley Elvis' Golden ....

Elvis Presley - Anything that's Part of You

青馬 • 5K views • 12 months ago

FILTER

Exhibit B









**ANYTHING THAT'S PART OF YOU-VALMIKI RAMANI**

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 722 views • 1 year ago

Music aand words written by Don Robertson Also sung by Elvis Presley.

**Anything that's part of you - ELVIS PRESLEY - With Lyrics**

SVansay • 134K views • 4 years ago

Anything that's part of you - ELVIS PRESLEY - With Lyrics S.Vansay

**Anything That's Part Of You Elvis Presley**

Ben Quint • 24K views • 1 year ago

Anything That's Part Of You Elvis Presley.

**Elvis Presley - Anything that's Part of You**

青馬 • 6.2K views • 1 year ago

설음



Exhibit C



## Popular Videos - Anything That's Part of You

Anything That's Part of You - Topic

Anything that's part of you - ELVIS PRESLEY - With Lyrics

ANYTHING THAT'S PART OF YOU-VALMIKI RAMANI

View full playlist (200 videos)

2:04
2:29

FILTER







2:04

19:48

2:06

2:29

## Anything that's part of you - ELVIS PRESLEY - With Lyrics
SVansay · 169K views · 4 years ago

Anything that's part of you - ELVIS PRESLEY - With Lyrics S.Vansay.

## Elvis Presley - Anything That's Part Of You - From First Take To The Master and beyond
Leon Smith's Elvis Channel · 11K views · 11 months ago

Quite often the pleasure in listening to a song from the very first take through to the master is experiencing the process that is ...

## Anything That's Part of You
Elvis Presley ♪  11K views

Provided to YouTube by Sony Music Entertainment Anything That's Part of You · Elvis Presley Elvis' Golden Records, Vol.

## ANYTHING THAT'S PART OF YOU-VALMIKI RAMANI
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 1K views · 2 years ago

Music aand words written by Don Robertson! Also sung by Elvis Presley.



Elvis Presley - Anything that's Part of You

Exhibit D

STAT OF SUPREME COURT - Court of Queens

VALMIKI Ramani
        Plaintiff

V

YouTube LLC                    INDEX no 5821/18
        Defendants              DISCOVERY - Evidence
                              TYPICAL DISTRUCTION of VIDEO

1) One day I discovered a song title "Our Love" composed by Percy Faith. I thought it was so nice that I decided to write Lyrics for the melody. I recorded two videos of this song and put them up on my channel, and through the YouTube Algorithm the videos ended up on the site of the song "Our Love" this is customary and it's a way that a producer get his video viewed.

2) ON Feb 28 2019 I discovered that the video was taken off the song site and dumped on an obscure page with three other videos which had nothing to do with my work. Attached is a screen shot of the video in th dump

                    Valmiki Ramani
                    Plaintiff

                    VALMIKI Ramani

https://www.youtube.com/watch?v=AgNKuY1ztBg

⚏ FILTER



2:37

## OUR LOVE (WILL LAST FOREVER)
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 79 views • 12 months ago

Song performed by VALMIKI RAMANI. Lyrics written by V.Ramani.(c)2018. Featuring the music of Percy Faith.



5:24

## Eminem - Lose Yourself [HD]
msvogue23 • 559M views • 3 years ago

feat. Eminem from the movie 8 MILE No copyright infringement intended. All contents belong to its rightful owners. This is for ...



6:06

## APES**T - THE CARTERS
Beyoncé • 159M views • 8 months ago

"EVERYTHING IS LOVE" is Available Now: http://www.smarturl.it/TheCarters_EIL Beyoncé: https://www.Beyonce.com ...



3:54

## Marshmello ft. Bastille - Happier (Official Music Video)
Marshmello ✓ 198M views • 5 months ago

Marshmello ft. Bastille - Happier (Official Music Video) Download / Stream Happier ▲ http://marshmello.lnk.to/happier NEW ...

4K   CC

STAT OF SUPREME COART - Count of Queens

VALMIKI Ramani
Plaintiff

V

YouTube LLC                    INDEX no 5821/18
Defendants
                               DISCOVERY - Evidence
                               TYPICAL DISTRUCTION of VIDEO

1) One day I discovered a song title "Our Love" composed by Percy Faith I thought it was so nice that I decided to write Lyrics for the melody. I recorded two videos of this song and put them up on my channel, and through the YouTube Algorithm the videos ended up on the site of the song "Our Love". this is customary and it's a way that a producer get his video viewed.

2) ON Feb 28 2019 I discovered that the video was taken of the song site and dumped on an obscure page with three other videos which had nothing to do with my work. Attached is a screen shot of the video in the dump

Valmiki Ramani
Plaintiff

VALMIKI Ramani

https://www.youtube.com/watch?v=AgNKuY1zIBg

FILTER



## OUR LOVE (WILL LAST FOREVER)

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 79 views · 12 months ago

Song performed by VALMIKI RAMANI. Lyrics written by V.Ramani.(c)2018. Featuring the music of Percy Faith.





## Eminem - Lose Yourself [HD]

msvogue23 · 559M views · 3 years ago

feat. Eminem from the movie 8 MILE No copyright infringement intended. All contents belong to its rightful owners. This is for ...



## APES**T - THE CARTERS

Beyoncé ♪ · 159M views · 8 months ago

"EVERYTHING IS LOVE" is Available Now: http://www.smarturl.it/TheCarters_EIL Beyoncé: https://www.Beyonce.com ...

## Marshmello ft. Bastille - Happier (Official Music Video)

Marshmello ♪ · 198M views · 5 months ago

Marshmello ft. Bastille - Happier (Official Music Video) Download / Stream Happier ▼ http://marshmello.link.to/happier NEW ...

4K   CC

STATE SUPREME Court Count Queens

VALMIKI RAMANI
Plaintiff
v.

YouTube LLC
Defendants        Index Number
5821 / 2018

DISCOVERY-EVIDENCE

I Valmiki Ramani (Plaintiff) hereby deposes as to the following.

1) YouTube ALgoRimithic system automatically take songs from channels and put them under the site of the tited song.

2) I have many of my songs so done, and many of them have risen to the number one on the song site. Once they are discovered by YouTube, they are take off. This has to STOP immediatly Or I will open another Law suit as to this adgenda.

4) Attached herewith are some of the songs as discovery - evidence

Valmiki Ramani
Plaintiff
2-21-2019

Supreme Court of STATE of NEW YORK
County of Queens
VALMiKi Ramani
        PLAintiLL        INDEX NO: 5821/18
        v
  YouTube LLC
        Defendants   DISCOVERY — Evidence

Thereby deposes that on this day 21 of Feb
2019, that the defendant has changed
the content of my channel, my property
(which) I have no more pocession of
for the past six months.

This began by YouTube featured only a
few of my videos on my channel maximun
about 40 out of a total of 390(+). They
then turned my channel into an Indian
channel displaying video of various
themes and content of INDIAN ORIGIN
making so more who bogo sees my channel
as an Indian one.


) Now Feb 21 they have changed the content
from predominantly Intian to a more
broad spectrum, featuring content
that is more diverse ethnically.

4) The defendant You Tube LLC has taken over my channel without any formal consent or compensation.

5) Therefore the Four million asked for by the plaintiff should be granted taking into account that the plaintiff has been stolen from him, and any other considerations the court deem fit.

Valmikiram
Plaintiff
VALMIKI Ramani

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

_Valmiki Ramani_____ X

(Fill in name(s))   Plaintiff(s)/Petitioner(s)

- against -

_You Tube LLC_

(Fill in name(s))   Defendant(s)/Respondant(s)

_____ X

Index Number

_5921    /2018_

Affidavit of Service

STATE OF NEW YORK
COUNTY OF _Queens_____ SS:

I, _MARLYN JONES_____ being duly sworn says:(NAME OF PERSON

WHO SERVES PAPERS)  I am not a party to the action, am over 18 years of age And reside

at _139-80 85DR Briarwood NY 11435_____ (ADDRESS

OF PERSON SERVING PAPERS).  On _22 Feb_, 2019(DATE OF SERVICE), I served a true copy of

the following papers _Discovery - Evidence ( 2 )_ (IDENTIFY THE PAPERS

SERVED) which are attached to this affidavit, in the following manner: [CHECK ONE]

_____   By personally delivering the papers to: _____ [PERSON

SERVED] at [ADDRESS]_____

PERSONAL   The individual I served had the following characteristics: [FILL IN]

SERVICE   ___ Male ___ Female _____ Skin Color _____ Hair Color

_____ 21-34 yrs. ___ 35-50 yrs. ___ 51-61 yrs. ___ Over 61

_____ 120-150 lbs. _____ 151-181 lbs. _____ Over 182 lbs.

Approximate height _____ _____

Other distinguishing features _____

X—

**MAIL**

By mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

———

**OVERNIGHT**

**DELIVERY**

**SERVICE**

By depositing the same with an overnight delivery service in a wrapper properly addressed.  Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery.  The delivery service used was _____.  The name(s) and address(es) of person(s) served are indicated below:

**Name(s) and address(es) of Person(s) served:**

Jason B. Mollick

1301 6th Ave

NY, NY 10019

email: jmollick@wsgr.com

_____
[SIGN NAME] Before a Notary

_____
Zlata Akilova
[PRINT NAME]

M.A. Jones

Sworn to before me this
22 day of Feb , 2019

Notary Public

ZLATA AKILOVA
Notary Public, State of New York
Reg. No. 01AK6355611
Qualified in Queens County
Commission Expires 03/13/2021

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

———————————————————————— X

VALMIKI RAMANI

(Fill in name(s))    Plaintiff(s)/Petitioner(s)

- against -

YouTube LLC

(Fill in name(s))    Defendant(s)/Respondant(s)

———————————————————————— X

Index Number

5821    12018

Affidavit of Service

RECEIVED
MAR - 5 2019
CO    RK
CLE    OUNTY

STATE OF NEW YORK
COUNTY OF Queens          SS:

I, HECTOR COLON                    being duly sworn says:(NAME OF PERSON

WHO SERVES PAPERS)  I am not a party to the action, am over 18 years of age And reside

at 139-80 85 DR 3A BRIARWOOD NY 11435                    (ADDRESS

OF PERSON SERVING PAPERS). On March 5 , 2019 (DATE OF SERVICE), I served a true copy of

the following papers, DISCOVERY-EVIDENCE (DISCRIMINATION) (IDENTIFY THE PAPERS

SERVED) which are attached to this affidavit, in the following manner: [CHECK ONE]

———            By personally delivering the papers to: _____ [PERSON

SERVED] at [ADDRESS]_____

PERSONAL      The individual I served had the following characteristics: [FILL IN]

SERVICE       ___ Male ___ Female _____ Skin Color _____ Hair Color

              ___ 21-34 yrs. ___ 35-50 yrs. ___ 51-61 yrs. ___ Over 61

              ____ 120-150 lbs. ____ 151-181 lbs. ____ Over 182 lbs.

              Approximate height _____ _____

              Other distinguishing features _____

X
U S P S
MAIL

By mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

_____

OVERNIGHT

DELIVERY

SERVICE

By depositing the same with an overnight delivery service in a wrapper properly addressed.  Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery.

The  delivery  service  used  was  _____.  The name(s) and address(es) of person(s) served are indicated below:

Name(s) and address(es) of Person(s) served:

ATTORNEY for Defendant
Jason B Mallick
1301 Ave of Americas
40th Fl ny - ny 10019
Wilson Sonsini Goodrich
Rosati  Cowfen

_____

_____

_____

_____

_____

_____

_____

_____

_____
[SIGN NAME] Before a Notary

_Hector Cohen_
[PRINT NAME]

_____

Sworn to before me this
5 day of March, 20 19.

ZLATA AKILOVA
Notary Public, State of New York
Reg. No. 01AK05 _____
Qualified in _____ County
Commission Expires _____

Notary Public

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

_____ X

VALMIKI RAMANI

(Fill in name(s)) Plaintiff(s)/Petitioner(s)

Index Number

5821 /2018

- against -

Affidavit of Service

YouTube LLC

(Fill in name(s)) Defendant(s)/Respondant(s)

RECEIVED

MAR 11 2019

COUNTY CLERK
QUEENS COUNTY

_____ X

STATE OF NEW YORK
COUNTY OF Queens SS:

I Caesh Manuel Simon being duly sworn says:(NAME OF PERSON

WHO SERVES PAPERS) I am not a party to the action, am over 18 years of age And reside

at 139-09 84th DR St 1A Briarwood) 11435 _____ (ADDRESS

OF PERSON SERVING PAPERS). On March 9 , 2019 (DATE OF SERVICE), I served a true copy of

the following papers, Respond to Defendant _____ (IDENTIFY THE PAPERS

SERVED) which are attached to this affidavit, in the following manner: [CHECK ONE]

_____    By personally delivering the papers to: _____ [PERSON

SERVED] at [ADDRESS]_____

PERSONAL    The individual I served had the following characteristics: [FILL IN]

SERVICE    ___ Male ___ Female _____ Skin Color _____ Hair Color

___ 21-34 yrs. ___ 35-50 yrs. ___ 51-61 yrs. ___ Over 61

____ 120-150 lbs. ____ 151-181 lbs. ____ Over 182 lbs.

Approximate height _____ _____

Other distinguishing features _____

USPS
MAIL

$\underline{\quad\times\quad}$   By mailing the same in a sealed envelope, with postage prepaid

thereon, in a post-office or official depository of the U.S. Postal Service within the

State of New York, addressed to the last-known address of the addressee(s) as

indicated below:

_____   By depositing the same with an overnight delivery service in a wrapper properly

OVERNIGHT   addressed.  Said delivery was made prior to the latest time designated by the

DELIVERY   overnight delivery service for overnight delivery.

SERVICE   The  delivery  service  used  was  _____  The

name(s) and address(es) of person(s) served are indicated below:

Name(s) and address(es) of Person(s) served:

Jason B Mollick
Wilson, Sosini Soodrich Rosati
404 Fl 1301 Ave of Armenia
NY NY 10019

_____ [SIGN NAME] Before a Notary

MANUEL YUNAEV
[PRINT NAME]

Sworn to before me this

19 day of March, 20 19.

ZLATA AKILOVA
Notary Public, State of New York
Reg. No. 01AK6____
Qualified in Queens County
Commission Expires 05/03/2021

Notary Public

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

———————————————————————— X

VALMIKI RAMANI

(Fill in name(s))   (Plaintiff(s)/Petitioner(s))

- against -

YouTube LLC

(Fill in name(s))   (Defendant(s)/Respondant(s))

———————————————————————— X

Index Number

5821 / 2018

Affidavit of Service

RECEIVED
MAR 1 1 2019
COUNTY CLERK
QUEENS COUNTY

STATE OF NEW YORK
COUNTY OF Queens   SS:

I Desh Manuel Sinsur being duly sworn says: (NAME OF PERSON

WHO SERVES PAPERS)  I am not a party to the action, am over 18 years of age And reside

at 139-09 84th DR St 1A Briarwood 11435 (ADDRESS

OF PERSON SERVING PAPERS). On March 9 , 2019 (DATE OF SERVICE), I served a true copy of

the following papers, Respond to Defendant (IDENTIFY THE PAPERS

SERVED) which are attached to this affidavit, in the following manner: [CHECK ONE]

_____   By personally delivering the papers to: _____ [PERSON

SERVED] at [ADDRESS]_____

PERSONAL   The individual I served had the following characteristics: [FILL IN]

SERVICE   ___ Male ___ Female _____ Skin Color _____ Hair Color

___ 21-34 yrs. ___ 35-50 yrs. ___ 51-61 yrs. ___ Over 61

____ 120-150 lbs. ____ 151-181 lbs. ____ Over 182 lbs.

Approximate height _____ _____

Other distinguishing features _____

X

U S P S

__MAIL__

By mailing the same in a sealed envelope, with postage prepaid

thereon, in a post-office or official depository of the U.S. Postal Service within the

State of New York, addressed to the last-known address of the addressee(s) as

indicated below:

———— By depositing the same with an overnight delivery service in a wrapper properly

OVERNIGHT   addressed.  Said delivery was made prior to the latest time designated by the

DELIVERY   overnight delivery service for overnight delivery.

SERVICE   The delivery service used was _____.  The

name(s) and address(es) of person(s) served are indicated below:

Name(s) and address(es) of Person(s) served:

Jason B Mollick

Wilson, Sosini Soodrich Rosari

40th Fl 1301 Ave of America

N y ny 10019

[SIGN NAME] Before a Notary

MANUEL YUNAEV

[PRINT NAME]

Sworn to before me this

19 day of March, 20 19

ZLATA AKILOVA
Notary Public, State of New York
Reg. No. 01AK...
Qualified in Oregon County
Commission Expires Dec... 021

Notary Public

STATE SUPREME COURT
OF NEW YORK STATE
County of Queens:

RECEIVED
JAN 1 6 2019
COUNTY CLERK
QUEENS COUNTY

VALMIKI RAMANI          Index No. 715821/18
     Plaintiff               MOTION
   Against              Defendent hacked computer
You Tube LLC           destroying plaintiff 391
   Defendent            Videos

I Valmiki Ramani of 139-05 85 DR 6D, Briarwood
NY 11435, hereby deposes that on and around
the 10 of Jan 2019. The defendants
whose parent company is Google, empowered
by the country's greatest online
compute capabilities has attacked
my laptop compute which I use as a
digital video studio, and totally
eliminated or took my file under
Vides, a total of 391 videos.

This has been done by the defendants
to retaliate because of the Lawsuit
filed under the above index number.

Exhibit A herewith attached is testimonial
that the action of the defendants took
place and the 391 videos were stolen
and possibly destroyed.

(2)

Compensation of $2,000,000 is sought as compensation for the Plaintiff Loss of his property.

The filing of this motion is done and filed on 16 Jan 2019. The Return date for this motion is hereby set at Feb 12 2019

A police Report was made and the Report Number is 261429.

SWORN TO:

AKILOV SION
Notary Public, State of New York
Reg. No. 01AK6045819
Qualified in Queens County
Commission Expires July 31, 2022

Valmihi Ramani
Plaintiff
Valmihi Ramani

1/16/2019

Exhibit "A" cannot be offered as Hewlett Packard, technical, HP SMART FRIEND do no want To give a state the the videos were taken from the File.

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF QUEENS**

_____X

(Fill in name(s))    Plaintiff(s)/Petitioner(s)

VALmiof Ramani

- against -

YouTube LLC

(Fill in name(s))    Defendant(s)/Respondents(s)

_____X

**Index Number**

5821    2018

**Affidavit of Service**

RECEIVED

FEB - 5 2019

COUNTY CLERK
QUEENS COUNTY

**STATE OF NEW YORK**
**COUNTY OF** Queens _____ SS:

I, Marilyn Jones _____ being duly sworn says:(NAME OF PERSON

**WHO SERVES PAPERS)** I am not a party to the action, am over 18 years of age And reside

at 139-8085 Drive 3A Briarwood, NY 11435 _____(ADDRESS

OF PERSON SERVING PAPERS). On Feb _____, 201 7 (DATE OF SERVICE), I served a true copy of

the following papers, MOTION _____(IDENTIFY THE PAPERS

SERVED) which are attached to this affidavit, in the following manner: [CHECK ONE]

_____    By personally delivering the papers to: _____ [PERSON

SERVED] at [ADDRESS]_____

**PERSONAL**    The individual I served had the following characteristics: [FILL IN]

**SERVICE**    ___ Male ___ Female _____ Skin Color _____ Hair Color

___ 21-34 yrs. ___ 35-50 yrs. ___ 51-61 yrs. ___ Over 61

___ 120-150 lbs. ___ 151-181 lbs. ___ Over 182 lbs.

Approximate height _____ _____

Other distinguishing features _____

&#9587;  By mailing the same in a sealed envelope, with postage prepaid

**MAIL**

USPS thereon, in a post-office or official depository of the U.S. Postal Service within the

State of New York, addressed to the last-known address of the addressee(s) as

indicated below:

—————  By depositing the same with an overnight delivery service in a wrapper properly

**OVERNIGHT**  addressed.  Said delivery was made prior to the latest time designated by the

**DELIVERY**  overnight delivery service for overnight delivery.

**SERVICE**  The  delivery  service  used  was  _____.  The

name(s) and address(es) of person(s) served are indicated below:

**Name(s) and address(es) of Person(s) served:**

YouTube LLC
901 Cherry Ave
San Bruno
CA 94-066

[SIGN NAME] Before a Notary

Marilyn Jones

**[PRINT NAME]**

Sworn to before me this
2 day of February 2019.

Notary Public

2

About a year and half ago a Polish
company made copy Right claim on this
video I disputed it as being within
the public Domain and won, now you
tube is claiming copyright to it
it's an 18th century Song!

▶ YouTube

Hi Valmiki Ramani INTERNATIONAL SONGS OF
LOVE tm,

A copyright owner using Content ID claimed some
material in your video.

**This is just a heads up**
Don't worry. You're not in trouble and your account
standing is not affected by this.

There are either ads running on your video, with the
revenue going to the copyright owner, or the copyright
owner is receiving stats about your video's views.

Video title: IT'S NOW OR NEVER.
Copyrighted content: Egy Perc Az Élet
Claimed by: ARTISJUS_CS

View claim details

**What's next?**
If there are no problems, you don't need to take any
action. You don't need to delete your video.

If something went wrong and the copyright owner or
our system made a mistake, we have a dispute
process. Only use it if you're confident you have the
rights to use all the content in your video.

**Need copyright-safe songs?**
When choosing music for your next video, you can
avoid copyright-related issues by picking a song from
the YouTube Audio Library. We're adding new tracks
all the time!

- The YouTube Team

RECEIVED

NOV - 7 2018

COUNTY CLERK
QUEENS COUNTY

State of New York Supreme Court
County of Queens

VALMIKI RAMANI          INDEX NO 5821/18
        Plaintiff       Ammendment to Title of
    AGAINST             papers Filed under Discovery
YouTube LLC
        Defendants

I VALMIKI RAMANI PLAINTIFF declares this
STATMENT TO be True

1) Ammendment to the Title of papers
filed under caption Discovery.

2) The new Title would be "Discovery-Evidence"

RECEIVED

OCT 05 2018

COUNTY CLERK
QUEENS COUNTY

Valmiki Ramani
Plaintiff
VALMIKI RAMANI

**Instructions:  Fill in the names of the parties and the Index Number.  Complete the blank spaces next to the instructions printed in bold type.  PRINT AND USE BLACK INK ONLY.**

> MAY 06 2019
>
> COUNTY CLERK QUEENS COUNTY

| |
|---|
| SEQ. NO._____ |
| RELIEF _____ |
| RETURN DATE_____ |
| CAL. DATE_____ |
| **FOR COURT USE ONLY** |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

---------------------------------------------------x

*VALMIKI RAMANI*

FILL IN NAME(S)Plaintiff(s)/Petitioner(s)

Index No. *5821 / 18*

*YouTube LLC*

vs

FILL IN NAME(S)Defendant(s)Respondent(s)

NOTICE OF MOTION USE
FOR CIVIL ACTION OR
PROCEEDING

---------------------------------------------------x

PLEASE TAKE NOTICE that upon the attached affidavit(s) of _____

*VALMIKI RAMANI* _____ **[YOUR NAME(S)]**,

sworn to on the *6* day of *May* , 20*19*, **[DATE THE AFFIDAVIT WAS SWORN TO**

**BEFORE A NOTARY PUBLIC]**, and the exhibits attached thereto, and upon all the proceedings

in this case to date, the plaintiff(s)/petitioner(s), defendant(s)/respondents **[CIRCLE ONE]**

will move in this Court, at *9:30* A.M. on the *21* day of *May* , 20*19*, **[INSERT THE**

**RETURN DATE YOU SELECTED]** at:  The Supreme Court, County of Queens-Civil Term

Courthouse, located at:

> COUNTY CLERK QUEENS COUNTY
>
> MAY 06 2019
>
> FEE PAID

1. 88-11  Sutphin  Boulevard, Jamaica, N.Y.,  in IAS Part_____,

2. 25-10 Court Square, Long Island City, N.Y.,  in IAS Part_____,.

[STRIKE CHOICES THAT DO NOT APPLY] ,

for an order granting the following to the movant(s).  [DESCRIBE WHAT YOU ARE ASKING THE

COURT TO ORDER] This is a motion to make the court aware of the continuous purging of my videos on the media known as Youtube and the unauthorized use of my channel by putting other videos on my channel and the continuous use of my trade name/ Mark to promote all other artist, except myself. The continuous take down of my videos that rises to top of Song Sites and dumping them in Indian Video sites where they have no value; the none stop discrimination of my work published on youtube and the rape there of, and the taking/hacking of my emails the same day I was in court on last motion 9th of April 2019. I ask the Court to issue an immediate order to cease this action and granting such other and further

relief as this Court may deem just and proper. what is monetary award.
Exhibits are attached.
**PLEASE TAKE FURTHER NOTICE**, that pursuant to Civil Practice Law and

Rules 2214(b), a notice of motion and support affidavits shall be served at least eight days

(8) before which time the motion is noticed to be heard.  Answering affidavits shall be

served at least two (2) days before such time.  Answering affidavits and any notice of

cross-motion, with supporting papers, if any shall be served at least seven (7) days before

such time to appear if a notice of motion served at least sixteen (16) days before such time

so demands; whereupon any reply or responding affidavits shall be served at least one day

before such time.

Dated: _Queens_____, New York
**[COUNTY WHERE SIGNED]**

_May 6_____, 20_19_
**[DATE SIGNED]**

Respectfully Submitted,

_Valmiki Ramani_

_139-05 85 Dr 6J_

_Briarwood NY 11435_

_718 291 2978_
**[PRINT YOUR NAME, ADDRESS**
**and TELEPHONE NUMBER]**

TO:  Attorney for Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s) **[CIRCLE ONE]**

_Jason Mollick_

_Wilson Sonsini Goodrich Rosati_

_40 Fl. 1301 Ave of the Americas_

_NY, NY 10019   Ph: 212 999 5800_
**[PRINT NAME, ADDRESS and**
**TELEPHONE NUMBER]**

3

Instructions: FILL IN THE NAMES OF THE PARTIES AND THE INDEX NUMBER. COMPLETE THE BLANK SPACES NEXT TO THE INSTRUCTIONS PRINTED IN BOLD TYPE. PRINT AND USE BLACK INK ONLY. SIGN YOUR NAME IN THE PRESENCE OF A NOTARY PUBLIC.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------------X

VAlmiki Ramani
**[FILL IN NAME(S)]**          Plaintiff(s)

Index No.

5821  118

vs

You Tube LLC
**[FILL IN NAME(S)]**          Defendant(s)

**AFFIDAVIT
IN SUPPORT**

-------------------------------------------------------------------X
STATE OF NEW YORK
COUNTY OF ___Queens___  **[COUNTY WHERE NOTARIZED] ss:**

VAlmiki Ramani **[YOUR NAME]**, being duly sworn, deposes and says:

1. I am the plaintiff/defendant **[CIRCLE ONE]**, in this action. I make this affidavit in support of my motion for an order **[STATE WHAT YOU WANT THE COURT'S ORDER TO PROVIDE OR GRANT YOU, INCLUDING WHY YOU SHOULD BE GRANTED IMMEDIATE RELIEF PENDING THE HEARING OF THIS MOTION BY THE COURT. THIS STATEMENT MUST ALSO BE INCLUDED IN THE NOTICE OF MOTION OR ORDER TO SHOW CAUSE]** To order the defendants to immediately stop the purging of my work on their media, to put all 400(plus) of my videos on my channel access (2), and granting of all monetary compensation asked for and any other the court deem fit.

2. I believe the Court should grant my motion because [EXPLAIN YOUR REASONS, USE ADDITIONAL PAPER IF NECESSARY.] To put a halt of YouTube the defendants from hacking my computer and taking out my properties

As I publish a new video, and the video appears on the song site and moves up very fast to first to third position it is promptly taked down and dumped on an obscure site.

Exhibit A is an example of the take down of my video on May 6 2019

My music is Western, I do not sing Indian songs yet to be racially discriminating, the defendants continues to take my videos and place them amongst Indian videos which only damage my brand. This RACIAL DISCRIMINATION started at the beginning of my channel, it's been 2 plus years of sheer hell. They are resentful that I can perform the songs as well as I do without limitations within the past two weeks they have steeped up the purging of my viedos.

2

3.  No prior application has been made for the relief sought herein except [LIST ALL PRIOR REQUESTS FOR THE SAME RELIEF MADE IN THIS OR ANY OTHER COURT AND THE RESULTS OF THOSE APPLICATIONS.  USE ADDITIONAL PAPER IF NECESSARY.  IF NO PRIOR REQUESTS HAVE BEEN MADE, STATE "None"] _____

Prior applications has been made but the situation keeps getting worse, it's none stop day after day. This a default Judgement on defendant part, who feels themselves above the law.

WHEREFORE, I respectfully request that this motion be granted, and that I have such other and further relief as the Court may find to be just and proper.

_____
**(Sign your name in the presence of a notary public)**

VaLmiki Ramani
**(Print your name)**

Sworn to before me this

06 day of May , 2019

_____
**(NOTARY PUBLIC)**

AKILOV SION
Notary Public, State of New York
Reg. No. 01AK6045819
Qualified in Queens County
Commission Expires July 31, 2022

3

release me

FILTER

Exhibit

A







4:14

3:28

3:17

9:07

## Agnes - Release Me (Official Music Video)

Agnes ♪ 1.9M views • 9 years ago

The Official Music Video ∞ Listen on your preferred service: http://smarturl.it/Agnes.Music
http://www.agnescarlsson.se Release ...

## Engelbert Humperdinck - Please release me - 1989

VHSGoldie • 23M views • 7 years ago

Engelbert Humperdinck - Please release me (let me go) - 1989 Infos zu Engelbert Humperdinck: ...

## RELEASE ME.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 213 views • 7 months ago

This song is performed by VALMIKI RAMANI.Use headphones.

## Pearl Jam, Release (HQ Audio)

JakeTheScientist • 2.9M views • 9 years ago

The lyrics are- Father...ooh...oh...oh...I see the world, feel the chill Which way to go, windowsill I see the
words on a rocking horse ...

Exhibit A

   

2:49   3:28   4:14

## Agnes - Release Me (Official Music Video)

Agnes ♪ · 3.1M views · 9 years ago

The Official Music Video ⊳ Listen on your preferred service: http://smarturl.it/Agnes.Music
http://www.agnescarlsson.se Release ...

## Engelbert Humperdinck - Please release me - 1989

VHSGoldie · 24M views · 7 years ago

Engelbert Humperdinck - Please release me (let me go) - 1989 Infos zu Engelbert Humperdinck: ...

## Release Me

TheENGELBERTChannel ♪ · 572 views

Provided to YouTube by Believe SAS Release Me · Engelbert Humperdinck Engelbert Humperdinck ℗
Mayo Fonografica ...

## Pearl Jam, Release (HQ Audio)

JakeTheScientist · 2.9M views · 9 years ago

Exhibit A

FILTER



## RELEASE ME.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 320 views · 10 months ago

This song is performed by VALMIKI RAMANI.Use headphones.



0:46

## valmiki release trailer

Cinema Creators · 1.7K views · 4 years ago

"Valmiki" releasing this February.Written, shot & Directed by: G.s.s sachin Kumar Produced by: P.sreekanth Music by: S. avinash ...

3:17

## Aaj Ka Valmiki Hindi Dubbed Full Movie || Shiv Raj Kumar, Harishita Bhatt || Bollywood Full Movies

Eagle Home Entertainments ✓ · 780K views · 1 year ago

Watch Aaj Ka Valmiki Hindi Dubbed Full Movie Featuring Shiv Raj Kumar, Harishita..... Subscribe to "EAGLE HOME ...



FULL HD 2:19:18 · HD · 1:38:02

## MAHARISHI VALMIKI 1946 - Prithviraj Kapoor, Shanta Apte

Nupur Movies · 14K views · 3 years ago

Director:Bhalji Pendharkar Music:Shankar Rao Vyas Main Cast:Shanta Apte, Prithviraj Kapoor, Raj Kapoor, Leela, Pratima Devi, ...

☷ FILTER



2:52

## EBB TIDE.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 62 views · 1 year ago

Second Edition, featuring the music of MANTOVANI. This song is performed by VALMIKI RAMANI. Also sung by the Righteous ...

No more results

Exhibit (1 B)
Dumped 1

FILTER



3:02

## ANNA-THE BEATLES..

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 388 views • 1 year ago

Featuring the music of George Martin. This song is performed as a cover by VALMIKI RAMANI. We must elevate the music of the ...

No more results

EXHIBIT (14)

video taken off site and place
on a single page - Dumped

4/17/2019                              Gmail - RE: [3-8831000026465] HACKED

 Gmail                    **Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm <valmiki.d.r@gmail.com>**

---

## RE: [3-8831000026465] HACKED
1 message

---

**copyright@youtube.com <copyright@youtube.com>**                    Wed, Apr 10, 2019 at 6:46 PM
To: Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm <valmiki.d.r@gmail.com>

Hello,

If you believe your account has been compromised, you may attempt to recover or secure it.

Regards,

The YouTube Legal Support Team


On 04/10/19 18:37:00 valmiki.d.r@gmail.com wrote:
ARE YOU PROUD OF YOUR SELVES AFTER TAKING OVER MY CHANNEL TAKING DOWN MY VIDEOS
BECAUSE THE GO TO FIRST PLACE ON SONG SITES YOU GO ON TO HACK MY COMPUTER OF WHIC I
CANNOT STOP YOU FROM DOING ALL OF THE ABOVE BECAUSE IT, YOUR MEDIA, YOU MUST BE SO
~~FUCKING~~ PROUD OF YOURSELVES BEING THIS POWERFUL TO BE THIS MEAN TO SOME ONE WHO STARTED
AND GREW A MUSICVIDEO CHANNEL WITH A HONEST HUMBLE MISSION, TO BE ABLE TO BE THE ~~FUCK~~ OUT
OF ME FOR BEING SUCCESSFUL  AT PRODUCING A FEW COMPETING VIDEOS, AND WANTING SO MUCH TO
PROTECT AN ICON WHO I GREW UP WITH , BUT LET FACE IT HE WAS NOT STRONG ENOUGH HE DRUGGED
HIMSELF TO DEATH IN 1977.

On Wed, Apr 10, 2019 at 8:57 AM <copyright@youtube.com> wrote:

Thanks for contacting the YouTube Copyright compliance team. If your issue is a general help inquiry (for example,
regarding a copyright strike or a Content ID claim), please understand that those won't be answered here. You may
want to check out our Copyright Troubleshooter in order to find a solution for your copyright issue.

To expedite our ability to investigate your inquiry, we encourage you to submit any copyright takedown requests
electronically via our webform. You can find the requirements of copyright takedown requests, and information about
our copyright policy, in our Copyright Center. Please make sure that you've provided us with all of the required
information in order to process your request.


Exhibit (2)

Complaint of Computer
being hacked.

**Instructions: FILL IN THE NAMES OF THE PARTIES AND THE INDEX NUMBER. COMPLETE THE BLANK SPACES NEXT TO THE INSTRUCTIONS PRINTED IN BOLD TYPE. PRINT AND USE BLACK INK ONLY. SIGN YOUR NAME IN THE PRESENCE OF A NOTARY PUBLIC.**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
————————————————————————X

VALMIKI Ramani
**[FILL IN NAME(S)]**          Plaintiff(s)

Index No.

5821   /18

vs

AFFIDAVIT
IN SUPPORT

YouTube LLC
**[FILL IN NAME(S)]**          Defendant(s)
————————————————————————X

STATE OF NEW YORK
COUNTY OF _____Queens_____ **[COUNTY WHERE NOTARIZED] ss:**

VALMIKI Ramani **[YOUR NAME], being duly sworn, deposes and says:**

1. I am the plaintiff/defendant **[CIRCLE ONE]**, in this action. I make this affidavit in support of my motion for an order **[STATE WHAT YOU WANT THE COURT'S ORDER TO PROVIDE OR GRANT YOU, INCLUDING WHY YOU SHOULD BE GRANTED IMMEDIATE RELIEF PENDING THE HEARING OF THIS MOTION BY THE COURT. THIS STATEMENT MUST ALSO BE INCLUDED IN THE NOTICE OF MOTION OR ORDER TO SHOW CAUSE]** _____

I am asking the court to ORder to immediately restore my channel to me, it is my property and I have uploaded more than 390 videos on it. They have taken away my channel from me and made it their property to introduce Studios videos into the Western Hemisphere, they saw my

2. I believe the Court should grant my motion because [EXPLAIN YOUR REASONS, USE ADDITIONAL PAPER IF NECESSARY.] as the perfect platform to do this. As for my stolen videos Youtube has several stations around the world one in Mumbi India. It is easy for them to change the thumbnail on my videos and sub titled them and show them with advertisment for profit.

I am seeking a further 2,000,000 dollars in compensation for the damage that Youtube has done to my channel and the immediate return of my channel to me with all 320 plus videos on it, and to halt all disruptive actions on my videos hindering them from prevailing.

2

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF QUEENS**

| | |
|---|---|
| VALMIKI RAMANI, *pro se*, | Index No. 5821/2018 |
| Plaintiff, | Hon. Janice A. Taylor |
| v. | **NOTICE OF APPEARANCE** |
| YOUTUBE, LLC, | |
| Defendant. | |

PLEASE TAKE NOTICE that Meher J. Talib of Wilson Sonsini Goodrich & Rosati, P.C., hereby enters her appearance on behalf of Defendant **YouTube, LLC** in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: April 9, 2019

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*m. talib*

Meher J. Talib
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: mtalib@wsgr.com

*Counsel for Defendant YouTube, LLC*

## CERTIFICATE OF SERVICE

I, Jason B. Mollick, hereby certify that on April 5, 2019, I caused a true and correct copy of

the Notice of Appearance of Meher J. Talib to be served on Plaintiff Valmiki Ramani, *pro se*, at his

address of 139-05 85th Drive, Suite 6D, Briarwood, New York 11435, and via electronic mail to

Valmiki.D.R@gmail.com.


Dated:  April 5, 2019                    WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation


                                         Jason Mollick
                                         _____
                                         Jason B. Mollick
                                         1301 Avenue of the Americas, 40th Floor
                                         New York, New York 10019
                                         Telephone: (212) 999-5800
                                         Facsimile: (212) 999-5899
                                         Email: jmollick@wsgr.com

                                         *Counsel for Defendant YouTube, LLC*

 **Gmail**                          **Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm <valmiki.d.r@gmail.com>**

## false video takedown.

**Mollick, Jason** <jmollick@wsgr.com>                                    Mon, Apr 1, 2019 at 4:40 PM
To: Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm <valmiki.d.r@gmail.com>

Mr. Ramani,


I received your motion by mail today, but I have been informed by YouTube that the video at issue was reinstated almost immediately after you had notified YouTube that it had been taken down.  My understanding is that it was removed because you appeared to complain that the video infringed your alleged trademark.


Given that the video is back online, your motion is moot.  Please confirm by tomorrow that you will withdraw it so as to avoid wasting the court's time.


**Jason Mollick**

Wilson Sonsini Goodrich & Rosati, PC

1301 Avenue of the Americas, 40th Floor

New York, New York 10019

(212) 497-7772 Direct

(212) 999-5899 Fax

jmollick@wsgr.com

[Quoted text hidden]


This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient.  Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited.  If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.



# State Supreme Court County of Queens

Valmiki Ramani
        Plaintiff

against                    Index Number 5821/2018

YouTube LLC               Reply to defendant attorney
        Defendants        to motion served via email
                          and received 24th day March 2019

1) Valmiki Ramani duly deposes that this present motion was necessary as you Honour had refused to accept them of 5th of of March as duly served papers of Discovery and Evidence because these papers were not served along with the motion" I beg the court to understand the papers of Discovery and Evidence which were all duly served on the defense, took place after the motion papers were filed and were serious offenses that they had to be brought to the court attention. Therefore these papers of which this present motion is based on to days appearance March 26-2019 be accepted as responsible.

2) The defense is putting up strong Remarks as to the plaintiff misconduct through out this case considering it took the defendant about 150 days after the Summons and Complaint was served to serve the plaintiff and court with an answer of which they are purely in default and this is what my second motion is about Default Judgement, however you honour failed to grant such because the proof of affidavit of service

1

was not handed in on the return date,
but was however filed with the county
clerk office and is in the system and a copy
which is herewith attached a exhibit "A". The
plaintiff was then told by the clerk upon submitting
the original affidavit of service that such filing was all
that was necessary and took the original papers
and returned the stamped copy to the plaintiff that
is why a third motion was filed so that the affidavit
of service, motion for default judgement could be
properly handed into court on return date of motion.

3) The defense attorney again cling to straw
after failing to properly answer to the summons and
complaint, until about 150 day after these papers were
served on 9-25-18 and signed 9-26-18 by the law officer,
keeps harping that these papers were not properly
served, when the papers were served by the top law
enforcing officer of San Mateo County. A copy of these
papers were filed with the court and handed in
on motion day, and was also sent to youtube see
attached Exhibit "A". The law officers of San Mateo
county do this service routinely and
does so in a professional way as required
by law. The defense attorney trying
to discredit the serving of the
papers,

keep insisting that the initial papers concerning this action were not served, even in Mr. Mollick initial papers he claims the Summons and Complaint were not properly served because they were not served upon officers of the company contrary to CPLR regulations and that of this court. Therefore the defense claims to plaintiff on a second time has burden this court with an application for Default Judgement when the initial motion was denied because the affidavit of service of the motion was not submitted on court return date but was through misguidance, the original copy was taken by the clerk in the county's office to be filed as herewith attached.

4) The defense again harps on the plaintiff initial Lawsuit against YouTube in the Southern District of the Federal court as being frivolous and misguided. The plaintiff opened this Lawsuit in the federal court but later asked for it to be withdrawn as You Tube fed the plaintiff deceiving information, that if the plaintiff was to Monetize his videos then all of the problems he faced would be alleviated. After monetizing the videos and agreeing to give the revenue forthcoming to New York Presbyterian hospital (who today never received a cent) the plaintiff was given an email directly to YouTube, under

13

It's partnership program, so problems could be directly be brought to the program administrators, it turned out to be deceptive, the plaintiff never got any help and the answers to his problems remained the same therefor realizing that he was decived into dropping the law suit in the District court plaintiff tried to reopen it, however the clerk misplaced his application papers and papers that were supposed to have been mailed to the plaintiff was never received of this the chief Justice decided the case with pred-juice (whose pred-juice?) after consulting with the court staff the plaintiff was encouraged to appeal the decision which he did, appealed the chief Justice decision.

5) In the year 2018 a YouTube creator like my self who was earning thousands of dollars a month through her channel shot and killed four of the firm's employes because You-Tube refused to pay her. You tube is a rogue firm owned by Google, and feels that they can do whatever the want and get away with it, like taking 390 plus of my videos from my computer because of the legal action I brought against them, they continue to violate my channel and tradename — mark by using it to promote other firms products exhibit B shows once again that you tube continue to use my trade name and mark

(4)

To promote other artist products and never mine. The Latest video I produced and published from song "Pretty Blue Eyes" which is old and forgotten sparked new intrest, and YouTube insultingly promoted other artist Rendition of this song under my trade marked Name.

6) YouTube llc and it's parent company Google shows little respect for the Jurisprudence for the State of New York and it people and it's Laws, that it waited about 150 days to send a Legal representative to answer the Complaint and Summons, because you honour demied me the first motion for default Judgement because I did not hand in proof of service the motion on the return date as once again, the county clerk office led me astray by taking the original and telling me this was proof enough of service. The defendants upon this denial sees your honour decision as one directed also to the service of Summons and Complaint which was properly served. The sent in a white knight on a horse Mr Mollick after the 30 day had expired to reply, to do so by battering the plaintiff with every ill conceived reason as to why the plaintiff case should be thrown out, this is provocitive to our

5

Judicial System and an insult to the
intelegence of our court system in the
State of New York.

To:

Jason Mollick                    Valmiki Ramani
attorney J Law                   Plantiff
1301 Ave of the Americas         VAlmiki Ramani
HotfL NY ny 10019

6

Exhibit

"A"

PROOF OF SERVICE
OF FIRST MOTION
FOR DEFAULT Judges
in Court likes on
10-26-08

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF QUEENS**

_____X

VALMIKI RAMANI

(Fill in name(s))     Plaintiff(s)/Petitioner(s)

Index Number

- against -

5821   1 2018

YouTube LLC

| RECEIVED |
| OCT 2 6 2018 |
| COUNTY CLERK |
| QUEENS COUNTY |

(Fill in name(s)     Defendant(s)/Respondents(s)     Affidavit of Service

Supreme Court of

STATE OF NEW YORK

COUNTY OF Queens _____ SS:

I, Hector Cohen

_____ being duly sworn says:(NAME OF PERSON

WHO SERVES PAPERS)  I am not a party to the action, am over 18 years of age And reside

at 139-80 Apt 3A BriarWood NY 11435

_____(ADDRESS

OF PERSON SERVING PAPERS).  On 26 OCT _____, 2018 (DATE OF SERVICE), I served a true copy of

the following papers, Notice of Motion - Affidavit in Support (IDENTIFY THE PAPERS

SERVED) which are attached to this affidavit, in the following manner:  [CHECK ONE]

_____     By personally delivering the papers to: _____

_____ [PERSON

SERVED] at [ADDRESS] _____

PERSONAL     The individual I served had the following characteristics: [FILL IN]

SERVICE

_____ Male _____ Female _____ Skin Color _____ Hair Color

_____ 21-34 yrs. _____ 35-50 yrs. _____ 51-61 yrs. _____ Over 61

_____ 120-150 lbs. _____ 151-181 lbs. _____ Over 182 lbs.

Approximate height _____ _____

Other distinguishing features _____

Instructions: Fill in the names of the parties and the Index Number. Complete the blank spaces next to the instructions printed in bold type. PRINT AND USE BLACK INK ONLY.

```
RECEIVED

MAR 2 7 2019

COUNTY CLERK
QUEENS COUNTY
```

SEQ. NO._____

RELIEF _____

RETURN DATE_____

CAL. DATE_____

FOR COURT USE ONLY

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
------------------------------------------x

VALMIKI RAMANI

FILL IN NAME(S) Plaintiff(s)/Petitioner(s)

Index No. 5821 /18

YouTube. LLC

NOTICE OF MOTION USE
FOR CIVIL ACTION OR
PROCEEDING

FILL IN NAME(S) Defendant(s) Respondent(s)
------------------------------------------x

PLEASE TAKE NOTICE that upon the attached affidavit(s) of _____ VALMIKI RAMANI _____ [YOUR NAME(S)], sworn to on the 17 day of March, 2019, [DATE THE AFFIDAVIT WAS SWORN TO BEFORE A NOTARY PUBLIC], and the exhibits attached thereto, and upon all the proceedings in this case to date, the plaintiff(s)/petitioner(s), defendant(s)/respondents [CIRCLE ONE] will move in this Court, at 9:30 A.M. on the 9 day of April, 2019, [INSERT THE RETURN DATE YOU SELECTED] at: The Supreme Court, County of Queens-Civil Term Courthouse, located at:

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The MOTION of the plaintiff, __VaLmiki RAMANI__, respectfully

shows and alleges as follows:

The defendant on the 26 to the 27 day of March has engaged in harassment of the plaintiff by taking down the fourth most popular video the plaintiff has on his channel, furthermore claiming that the order to take it down was issued by the plaintiff himself see exhibit A and B.

This video has been in the eyes of the defendant for a while, as when it went on the song site, it went to number two position and about six months ago after reaching a thousand views it moved up to first position, the defendants saw this and took it down to the fifth position on the song site, now they have totally

(1)

Removed the video this is not the first time I have brought this matter to your honour's attention.

Please see all exhibits attached.

Return date April 9th 2019 @ 9.30 Am

I am asking the court to order the defendant to immediately restore the video and it's close to 1200 views and to further refraining from carrying out further action on this and any other videos that occupy similar song site positions.

Attorney for Defendant                    Valmiki Ramani
Jason B Mollick                           Plaintiff
1301 Ave of the Americas                  VALMIKI RAMANI
40th Fl : NY NY 10019
Wilson Sonsini Goodrich Rosati

(2)

Supreme Court State of New York
County of Queens

Valmiki Ramani                    INDEX number
            Plaintiff

      against                      5821/2018

Youtube LLC
            Defendants            Affadavit in Support

I Valmaki Ramani plaintiff brings this motion against the defendant the day after the return day of previous motion because the defendants continues to step up their harassment and discrimination of me and by carrying out destructive acts on my channel which are totally un warranted.

This action of the defendants has been carried out on the beginning of my channel and as I became more successful in my endeavours, they continuously carries out disruptive acts on my channel, it never stops I have spent over two years to get this far with the channel in the face of adversity the the defendants hates the fact that I was able (my video) to become to number one position beat Elvis Presley — the God of American music culture, they the defendants has had their eyes on this video a long time.

①

They have finally made their final move by falsely taking down the vide claiming that I ordered it. The defendants has to be made financially and disciplined in carrying on this, I cannot be thinking that I have a channel when it's been torn apart from to start by the host media, the defendants. A decision must be reached, the defendants pay me to take down my channel, or refrain from impeding my progress and operation of my channel.

Velmiki Ramu
Plaintiff
Valmiki Ramani

Sworn to March 27 2019

AKILOV SION
Notary Public, State of New York
Reg. No. 01AK6045819
Qualified in Queens County
Commission Expires July 31, 2022

03/27/19

(2)

Exhibit A i

## Hi Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm:

Due to a copyright takedown notice that we received, we had to take down your video from YouTube.

Video title: ANYTHING THAT'S PART OF YOU.
Video url: http://www.youtube.com/watch?v=m6hTJDb5EC8
Takedown issued by: INTERNATIONAL SONGS OF LOVE

This means that your video can no longer be played on YouTube.

### You received a copyright strike

You now have 1 **copyright strike**. If you get multiple copyright strikes, we'll have to disable your account. To prevent that from happening, please don't upload videos containing copyrighted content that you aren't allowed to use.

[ View details ]

### What to do next

- If you believe you're not at fault in one or more of the instances above, you can appeal this takedown by submitting a counter notification. Keep in mind that there may be severe legal consequences for submitting a counter notification with false information.

- You can also contact the party that removed your video and ask them to retract their takedown.



This is the content of URL on Exhibit A, it states I the plaintiff onclicked the trake down of my own video. Exhibit A 2



ANYTHING THAT'S PART OF YOU-VALMIKI RAMANI

Edit

Jan 5, 2017 2:36 PM

THis exhibit shows that
this video never had a copy
RIGht notice if it did it
would be in the center. Even if
it did it would have been shown
the youtube ID System content.

663 views













Anything that's part of you - ELVIS PRESLEY - With Lyrics

S Vansay · 26K views · 4 years ago

Anything that's part of you ELVIS PRESLEY - With Lyrics S V...

ANYTHING THAT'S PART OF YOU-VALMIKI RAMANI

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 677 views · 1 year ago

ELVIS PRESLEY-COVER

*[handwritten]* that this is the position at f this video stage is out

Anything That's Part Of You Elvis Presley

Ben Ount · 22K views · 1 year ago

Anything Thats Part Of You Elvis Presley

Anything That's Part of You

Elvis Presley - Topic · 5.4K views · 3 years ago

Provided to YouTube by Sony Music Entertainment Anything That's Part of You  Elvis Presley · E
Presley Elvis Golden...

Elvis Presley - Anything that's Part of You



Popular Videos - Anything That's Part of You

Anything That's Part of You - Topic

Anything that's part of you - ELVIS PRESLEY - With Lyrics

ANYTHING THAT'S PART OF YOU-VALMIKI RAMANI

View full playlist (200 videos)

This taken from You tube can attest that my vide and Elvis were in First and Second place.

2:04
2:29





FILTER

anything that's part of you

This exhibits shows the video when it reach shows from number two position to number one.

### ANYTHING THAT'S PART OF YOU-VALMIKI RAMANI
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 977 views · 2 years ago

Music and words written by Don Robertson. Also sung by Elvis Presley.

2:29

### Anything that's part of you - ELVIS PRESLEY - With Lyrics
S.Vansay · 161K views · 4 years ago

Anything that's part of you - ELVIS PRESLEY - With Lyrics S.Vansay.

2:04

Go all the places in...

### Elvis Presley - Anything That's Part Of You - From First Take To The Master and beyond
Leon Smith's Elvis Channel · 10K views · 10 months ago

Quite often the pleasure in listening to a song from the very first take through to the master is experiencing the process that is ...

19:48

### Anything That's Part Of You Elvis Presley
Ben Quint · 29K views · 1 year ago

Anything That's Part Of You Elvis Presley.

11:28

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------------x

RECEIVED

MAR 1 5 2019

COUNTY CLERK
QUEENS COUNTY

VALMIKI RAMANI
        Plaintiff,

- against -

youTube LLC

        Defendant.

-------------------------------------------------------------------x

Index No. 5821 /2019

NOTICE
OF
MOTION
DISCOVERY - EVIDENCE

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The MOTION of the plaintiff, VALMIKI RAMANI, respectfully shows and alleges as follows:

I have in my second motion served the defendant's attorney Jason B. Mollick several papers Lable Discovery - Evidence. These papers contains compelling evidence of the defendant's continous actions of discrimation, and the destraction of my channel and the turning of my channel into an INDIAN one.

The fact that when a user go to the YouTube browser and search for VALMIKI RAMANI INTERNATIONAL Songs of Love, what pops up is my channel's name, number of subscribers and number of videos then followed by the videos (397) however what is displayed is about initally 20-40 videos followed by the Indian

Please take notice that upon the attached affidavit of VALMIKI RAMANI sworn to on the 15 March 2019 before to a notary public and exhibits thereto and upon all the proceeding in this case to date the plaintiff will move in court, state supreme court of the county of Queens on the 26th day of March, in the civil term Located at 88-11 Sutphin Blvd Jamaica Ny in IAS part 15, so the court can have addition Discovery and Evidence conducive to my on going case against the defendants.

(1) Pursant to Civil Practice of Law Rules 2214 (b) a motion and supporting affidavits shall be served eight (8) day before which time the motion is to be heard.

Answering affidavits shall be served at least two (2) days before such Time - Answering affidavits and any notice of cross motion, with support papers if any shall be served at least 7 days before such time to appear if a notice of motion served at least sixteen (16) days before such time so demands, whereas any reply or responding affidavits shall be served at least one day before such time

Date 15 day of March 2019 (county where signed)
MARCH 15 2019  — Date signed

To: Attorney for defendant:
Jason Molluck
1301 6th Ave. 40th Floor
Of NyNy 10019
OF Firm: Wilson, Srsini Goodrich
Rosati.

Respectfully Submitted
Valmiki Ramani
139-05 85 Dr 6D
Briarwood Ny 11435
Tele: 718-291-2978
Email: Valmiki D. Rat gmail
. Com.


(2)

Supreme Court of State of New York County of Queens

Valmiki Ramani,
    Plaintiff
  against
You Tube LLC
    Defendants

      Index No: 5821/18

      AFFIDAVIT
      In Support

State of New York County of Queens:
(where Notarized)

I Valmiki Ramani being duly sworn deposes and says:

    (1) I am the plaintiff in this action. I make this affidavit in support of my motion for an order to submit papers of Discovery - Evidence conducive to on going case index no 5821/18 - hereby showing cause why the defendant should be Judged guilty of all accqusation brought against them, and I should be granted all compensation asked for, the proper re-instalment of my channel, to abstaining from discriminating action of removing my videos once the have reached 1st to 3rd position under the awcmillary song sites such as was done with song "Anything that's part of You" exhibit herein attched. To also allow me to restore the videos token of channel such as Ben E. King's Spanish Harlem with the 199 views and any add on views that would have been earned if video had stayed up. Attached are various papers of discovery and evidence, with copies of affidavit(s) of service that was previsiously served on defendant's attorney to whiel such attorney denied recieving in

(1)

court on March 12 2019 on second motion return
date.

Three prior motions were filed in this
court.

(1) Motion for default Judgement
(2) refiling for default Judgment
(3) Motion acquising the defendant
of going into my video files and
stealing 391 videos etc.

Wherefore, I respectfully request that this
motion be granted, and that I have such other
and further relief as the court may find to be
Just and proper.

Valmiki Ramani
Plantiff

VALMIKI RAMANI

Notary:
Sworn to before me this
15th day of March 2019

Notary Public

SUSAN N. RUIZ
Notary Public-State of New York
No. 04RU6353285
Qualified in Queens County
Commission Expires January    2021

2

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF QUEENS**

UALMIKI RAMANI

**Plaintiff/Petitioner**

- against -

YouTube LLC

**Defendant/Respondent**

---

**NOTICE OF MOTION**

---

To the best of my knowledge, information and belief,
formed after an inquiry reasonable under the circumstances,
The presentation of these papers or the contentions therein
are not frivolous as defined in subsection (c) of section
130-1.1 of the Rules of the Chief Administrator (22NYCRR)

**SELF REPRESENTED LITIGANTS INFORMATION**

Sign Name: _Valmiki Ramani_

Print Name: _UALMIKI Ramani_

Address: _139-05 85 DR APT 6D_

_BRIARWOOD NY 11435_

Telephone: _718-291-2978_

Email _UALMIKI.D.R@Gmail.com_

---

Service of a copy of the within is hereby admitted

Dated: _March 45_ , 20 _19_

Attorney for _PRO SE_

STATE Supreme Court OF NEW YORK
County of Queens:

VALMiki Ramani
    Plaintiff

    against                    INDEX NO: 5821/2018
Youtube LLC          DISCOVERY – EVIDENCE
    Defendants              DISCRIMINATION.

1) I Valmiki Ramanani, plaintiff herby deposes to be true this statement and exhibits.

2) Two years ago I uploaded a video titled "Any thing that is part of You", it was placed at the second position on the Song's Site (which is different from a channel, all songs has sites and any one can be on them) as shown in exhibit "A" attached. Elvis Presley occupied first place on the site.

3) In August my video moved up to FIRST place as it was getting constant viewing, while Elvis's was not, it later became my second video to Reach the one thousand mark as seen in Exhibit "B" attached.

4) Before August You tube had featured Elvis and my version of the song as seen in attachment Exhibit C.

5) As stated that (in both depositions) (N both motions) My videos were constantly taken down as they moved

(1)

up or take off the song's site totally
This you can see what you tube has done
as of March the 4 2019 as seen in exhibit D
attached.

6) This is not the only video they have done
this to but several more like it.

7) They the defendants has done this in addition
to taking over my channel and have
made it into a circus, deciding what
should be on it. This action by YouTube
has gone beyond discrimination, but a
total show of theft, of my proprety,
and used it to their means, it's amountable
to Rape and pLander.

Valmiki Ramani
Plaintiff
Valmiki Ramani

(2)

Exhibit A









Anything thats part of you - ELVIS PRESLEY - With Lyrics

SVansay • 126k views • 4 years ago

Anything that's part of you · ELVIS PRESLEY · With Lyrics S.Vansay

ANYTHING THAT'S PART OF YOU-VALMIKI RAMANI

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 677 views • 1 year ago

ELVIS PRESLEY-COVER

Anything That's Part Of You Elvis Presley

Ben Quint • 22k views • 1 year ago

Anything That's Part Of You Elvis Presley

Anything That's Part of You

Elvis Presley - Topic • 5.4k views • 3 years ago

Provided to YouTube by Sony Music Entertainment Anything That's Part of You · Elvis Presley · E
Presley Elvis' Golden ...

Elvis Presley - ˙˙ything that's Part of You

青島 • 5k views • 12 months ago

FILTER



Exhibit B





ANYTHING THAT'S PART OF YOU-VALMIKI RAMANI

Valmiki Ramani INTERNATIONAL SONGS OF LOVE nn • 722 views • 1 year ago

Music aand words written by Don Robertson Also sung by Elvis Presley

Anything that's part of you - ELVIS PRESLEY - With Lyrics

S Vansay • 34k views • 4 years ago

Anything that's part of you - ELVIS PRESLEY - With Lyrics S Vansay

Anything That's Part Of You Elvis Presley

Een Count • 24k views • 1 year ago

Anything That's Part Of You Elvis Presley

Elvis Presley - Anything that's Part of You

2:04

11:28

2:04

2:29



# Popular Videos - Anything That's Part of You

Anything That's Part of You - Topic

Anything that's part of you - ELVIS PRESLEY - With Lyrics

ANYTHING THAT'S PART OF YOU VALMIKI RAMANI                    2:04

View full playlist (200 videos)                                          2:29

Exhibit C

FILTER









## Anything that's part of you - ELVIS PRESLEY - With Lyrics

SVansay · 169K views · 4 years ago

Anything that's part of you  ELVIS PRESLEY · With Lyrics S Vansay.

## Elvis Presley - Anything That's Part Of You - From First Take To The Master and beyond

Leon Smith's Elvis Channel · 11K views · 11 months ago

Quite often the pleasure in listening to a song from the very first take through to the master is experiencing the process that is ...

## Anything That's Part of You

Elvis Presley · 11K views

Provided to YouTube by Sony Music Entertainment Anything That's Part of You · Elvis Presley Elvis' Golden Records, Vol.



## ANYTHING THAT'S PART OF YOU-VALMIKI RAMANI

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 1K views · 2 years ago

Music aand words written by Don Robertson Also sung by Elvis Presley.

Elvis Presley - Anything that's Part of You

STAT OF SUPREME COURT - Court of Queens

VALMIKI Ramani
Plaintiff

V

YouTube LLC                    INDEX no 5821/18
Defendants          DISCOVERY - Evidence
                    TYPICAL DISTRUCTION of VIDEO

1) One day I discovered a song title "Our Love" composed by Percy Faith, I thought it was so nice that I decided to write Lyrics for the melody. I recorded two videos of this song and put them up on my channel, and through the YouTube Algorithm the videos ended up on the site of the song "Our Love" this is customary and it's a way that a producer get his video viewed.

2) On Feb 28 2019 I discovered that the video was taken off the song site and dumped on an obscure page with three other videos which had nothing to do with my work. Attached is a screen shot of the video in th dump

Valmiki Ramani
Plaintiff

VALMIKI Ramani

https://www.youtube.com/watch?v=AgNKuY1ztBg

FILTER




2:37

**OUR LOVE (WILL LAST FOREVER)**

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 79 views · 12 months ago

Song performed by VALMIKI RAMANI. Lyrics written by V Ramani.(c)2018. Featuring the music of Percy Faith.




5:24

**Eminem - Lose Yourself [HD]**

msvogue23 · 559M views · 3 years ago

feat. Eminem from the movie 8 MILE No copyright infringement intended. All contents belong to its rightful owners. This is for ...



6:06

**APES**T - THE CARTERS**

Beyoncé ♫ · 159M views · 8 months ago

"EVERYTHING IS LOVE" is Available Now: http://www.smarturl.it/TheCarters_EIL Beyoncé: https://www.Beyonce.com ...

3:51

**Marshmello ft. Bastille - Happier (Official Music Video)**

Marshmello ♫ · 198M views · 5 months ago

Marshmello ft. Bastille - Happier (Official Music Video) Download / Stream Happier NEW ... http://marshmello.lnk.to/happier NEW ... ▼

4K   CC

*Exhibit*

# STATE SUPREME COURT Count Queens

VALMIKI RAMANI
PLAINTIFF

v

YouTube LLC
Defendants         Index Number
5821 / 2018
Discovery-Evidence

I Valmiki Ramani Plaintiff hereby deposes as to the following.

1) YouTube Algorithmithic system automatically take songs from channels and put them under the site of the titled song.

2) I have many of my songs so done, and many of them have risen to the number one on the song site. Once they are discovered by YouTube, they are take off. This has to stop immediately Or I will open another Law suit as to this adgenda.

4) Attached herewith are some of the songs as discovery-evidence

Valmiki Ramani
Plaintiff
2-21-2019

Supreme Court of STATE of New York
County of Queens
VALmiki Ramani
          Plaintiff          INDEX NO: 5821/18

          V

YouTube LLC
          Defendants          DISCOVERY — Evidence

I hereby deposes that on this day 21 of Feb 2019, that the defendant has changed the content of my channel, my property of which I have no more pocession of for the past six months.

1) This began by YouTube featured only a few of my videos on my channel maximum about 40 out of a total of 390 (+). They then turned my channel into an Indian channel displaying video of various themes and content of INDIAN ORIGIN making so more who ever go sees my channel as an Indian one.

2) [margin]

3) Now Feb 21 They have changed the content from predomonantly Indian to a more broad spectrum, featuring content that is more diverse ethnically.

O                    (1)

(4) The defendant You Tube LLC has taken over my channel without any formal consent or compensation.

(5) Therefore the Four million asked for by the plaintiff should be granted taking into account that the plaintiff has been stolen from him) and any other considerations the court deem fit.

Valmiki Raman

Plaintiff

VALMIKI Ramani

(2)

valmiki ramani international songs of love channel

videos that reach number one on song site

FILTER





## Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm

31 subscribers · 390 videos

### Valmiki Ramani International Songs of Love
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm

Are you lonesome tonight. · 3:05
LOVE ME WITH ALL OF YOUR HEART(first edition) · 3:19

VIEW FULL PLAYLIST (5 VIDEOS)



### RELEASE ME.
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 223 views · 7 months ago

This song is performed by VALMIKI RAMANI.Use headphones.





### I WHO HAVE NOTHING.
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 30 views · 5 months ago

This song is performed by VALMIKI RAMANI. And was written by Carlo Donida and Giulio Rapetti. This is a cover.

### IF YOU LOVE LET ME KNOW



Case 1:19-cv-06175 Document 19 Filed 5/22/19 Page 154 of 211

Unforgett...

Album - Na...



(It's Only A P... Pa...
NatalieColeMus...

Route 66
NatalieColeMus...

Mona Lisa
NatalieColeMus...

This Can't Be I...

⊟ FILTER

unforgettable nat cole

🔍



**Unforgettable - Nat 'King' Cole**
Sam Novak • 4.9M views • 10 years ago
Unforgettable Nat 'King' Cole The Very Best of Nat King Cole (p) 2006 Capital Records This for all of you fans of good ol' classic...



**Nat King Cole - Unforgettable**
beralts • 374K views • 6 years ago
lyrics: Unforgettable That's what you are, Unforgettable Tho' near or far. Like a song of love that clings to me, How the thought of ...



**UNFORGETTABLE. (as sung by NAT COLE)**
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 65 views • 4 months ago
This song is performed by VALMIKI RAMANI, and is a third edition, use headphones..



**Nat King Cole ~ Unforgettable (HQ)**
Carl's Old Record Club • 1.6M views • 5 years ago
This beautiful song by the late great "Nat King Cole" was released way back in 1951, there has since been many covers of this ...

when i fall in love made popular by nat cole

Q

FILTER



### WHEN I FALL IN LOVE Made poluar by Nat Cole.
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 62 views · 2 years ago

Song performed by VALMIKI RAMANI.



### When I Fall in Love
Nat King Cole ♪  16K views

Provided to YouTube by Universal Music Group When I Fall in Love - Nat King Cole Love Songs ℗ 1999 Capitol Records, LLC.



### Karaoke When I Fall In Love - Nat King Cole ★
karafun · 668K views · 6 years ago

Download MP3: https://www.karaoke-version.com/mp3-backingtrack/nat-king-cole/when-i-fall-in-love.html Sing Online: ...



### Nat King Cole sings "When I Fall in Love"
dentelTV2 · 12M views · 10 years ago

Nat King Cole sings "When I Fall in Love"

Mv. WHEN I FALL IN LOVE Made poluar by Nat Cole

FILTER

Showing results for my prayer *the* platters cover   Search instead for my prayer a platters cover

my prayer a platters cover

MY PRAYER.A platters cover.
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 60 views · 2 years ago
This song is performed by VALMIKI RAMANI.



"My Prayer" The Platters
catman916 · 2.9M views · 8 years ago
"My Prayer" composed in 1926 by Georges Boulanger with lyrics added by Jimmy Kennedy in 1939 and
first recorded by Glenn ...



The Kent Koller Trio - "My Prayer"
Kent Koller · 882 views · 2 years ago
The Kent Koller Trio - John McComb, Katelynn Coril, Kent Koller "My Prayer" The Platters.



My Prayer- The Platters (cover)
alexandredesilets · 880 views · 1 year ago
The Platters' classic "My Prayer" covered by Alexandre Désilets & QW4RTZ backstage on Nov23, 2017
just before the "Show du ...



FILTER

too proud johnny nash











## Too Proud by Johnny Nash
webb60s · 31K views · 8 years ago

The song was the B side of a single I Wish recorded in 1959.

## TOO PROUD.
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 236 views · 1 year ago

This song is performed by VALMIKI RAMANI . Also sung by Elvis Presley . Also sung by Johnny Nash.

## Too Proud - Johnny Nash
rudolph ross · 52 views · 1 month ago

No copyright infringement intended. All contents belong to its rightful owners. This is for entertainment purposes only.

## Too proud, Johnny Nash
shatinterry · 9K views · 7 years ago

Too proud, Johnny Nash.

i'll remember you as sung by elvis presley

FILTER



**I'LL REMEMBER YOU-as sung by Elvis Presley.**
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 160 views · 1 year ago

PERFORMED BY VALMIKI RAMANI (cover)



**Mix - I'LL REMEMBER YOU-as sung by Elvis Presley.**
YouTube

I'LL REMEMBER YOU-as sung by Elvis Presley. · 4:05
Elvis Presley - Can't Help Falling In Love (Audio) · 3:01



**Elvis Presley: I'll Remember You**
PresleyFanSite · 2.1M views · 10 years ago

Music Video by Elvis Presley performing I'll Remember You (Aloha Hawaii 1973) PresleyFanSite Website. ...



**Elvis Presley - I'll Remember You 07/05/76 MS (Final Time Performed Live)**
Leon Smith's Elvis Channel · 30K views · 1 year ago

Throughout Elvis' life, particularly from the sixties on wards, his love for The US' fiftieth state remained undiminished and it was in ...

Elvis & Priscilla - I'll Remember You

my way originally sung by frank sinitara

🔍

FILTER

Showing results for my way originally sung by frank sinatra    Search instead for my way originally sung by frank sinitara



my way.(originally sung by frank sinatra)
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 196 views · 2 years ago

Song performed by VALMIKI RAMANI.



Frank Sinatra - "My Way" -
Gérard Vidal · 15M views · 5 years ago



I faced it all and I
stood tall,
And did it my way.

Frank Sinatra - My Way
hypherism · 9.7M views · 6 years ago

"My Way" Performed by Frank Sinatra I take no credit for the music.

Frank Sinatra, My Way, With Lyrics
akljgo1994 · 75M views · 10 years ago

All owners Credited.



≡ FILTER

blue hawaii as sung by elvis presley     🔍



**BLUE HAWAII. As sung by Elvis Presley in the movie Blue Hawaii.**
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 56 views • 2 years ago

This song is performedd by VALMIKI RAMANI, as a cover.



**Elvis Presley - Blue Hawaii (with lyrics)**
Jack Lim • 497K views • 7 years ago

Year 1973.



**JUST PRETEND. (as sung by Elvis Presley)**
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 252 views • 1 year ago

this song is performed by VALMIKI RAMANI,better recording. This is a second edition, and a cover.



**MARGARITA (as sung by Elvis Presley)**
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 191 views • 4 months ago

This song is performed by VALMIKI RAMANI, Composed by Don Robertson, from the movie Fun in Acapulco.

ps i love you as sung by the beatles

FILTER



### PS: I LOVE YOU -as sung by the Beatles

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 499 views · 2 years ago

Performed by VALMIKI RAMANI.-cover.



### P.S. I Love You (Remastered 2009)

The Beatles ♪ 90K views

Provided to YouTube by Universal Music Group P.S. I Love You (Remastered 2009) · The Beatles Please Me ℗ 2009 ...



### Mix - P.S. I Love You (Remastered 2009)

YouTube

P.S. I Love You (Remastered 2009) · 2:05

Do You Want To Know A Secret (Remastered 2009) · 1:58

### The Beatles - P.S. I Love You

BeatlesMusic64 · 233k views · 9 months ago

DC I love you   The Beatles (IVDICC /I ETDA) [Original]









FILTER

spanish night is over

THE SPANISH NIGHT IS OVER.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 463 views · 1 year ago

Song performed by VALMIKI RAMANI.

Spanish Night Is Over

Astrid de kleijn · 170K views · 5 years ago

Engelbert Humperdinck with his song, Spanish Night Is Over. Astrid...

Engelbert - The spanish Night is over

Koldwink-International Music · 100K views · 4 years ago

Träumen mit Engelbert (Dreaming with Engelbert) (1986)

Mix - Spanish Night Is Over

YouTube

Spanish Night Is Over · 3:25

Engelbert · Portofino · 3:53

love me with all of your heart

FILTER





### LOVE ME WITH ALL OF YOUR HEART.
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 564 views • 1 year ago

New edition sang byVALMIKI RAMANI. Also sung by Englebert Humperdink.Use headphones.

### LOVE ME WITH ALL OF YOUR HEART.
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 151 views • 3 months ago

This song is performed by VALMIKI RAMANI, and is a fourth edition. Use headphones.Also sung by Englebert Humperdink.

### LOVE ME WITH ALL OF YOUR HEART.(latest edition)
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 4 views • 1 week ago

Song performed by VALMIKI RAMANI.

### CUANDO CALIENTIA EL SOL.(Love me with all of your heart)
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 192 views • 1 year ago

Song is performed byVALMIKI RAMANI.(en espanol) Use headphones.

FILTER







SMOKE GETS IN YOUR EYE.
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 1.4K views · 2 years ago
ELVIS PRESLEY-BARBRA STREISAND-PLATTERSand performed by VALMIKI RAMANI.

651N THE GREAT PRETENDER, ONLY YOU, AND SMOKE GETS IN
YOUR EYES, NOT ELVIS.wmv
romad396 · 79K views · 8 years ago
PHOTOS AND SONGS.

The Platters - Smoke Gets In Your Eyes
OldManCrankyCane · 4.8M views · 7 years ago
The Platters - Smoke Gets In Your Eyes.

Chantal Chamberland - Smoke Gets in Your Eyes
marie maurice l · 753k views · 2 years ago
Chantal Chamberland - Smoke Gets in Your Eyes © Alasdair McLellan photography Album · Dripping
Indigo, released on ...

they remind me too much of you elvis presley

🔍

FILTER



THEY REMIND ME TOO MUCH OF YOU.
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 52 views · 1 month ago
Song performed byVALMIKI RAMANI.Song written by Don Robertson.



Elvis - They Remind Me Too Much Of You (1080p HD)
HDElvisPresleyHD · 200K views · 7 years ago
From the movie It Happened at the World's Fair.



They Remind Me Too Much of You
Elvis Presley ♪ · 5.6K views
Provided to YouTube by Sony Music Entertainment They Remind Me Too Much of You · Elvis Presley It Happened at the World's ...



Elvis Presley-They Remind Me Too Much of You
Shane Woodbury · 26K views · 6 years ago
The first take of this beautiful love song from the film 'It Happen at the World's Fair'. Elvis gives a intimate and soft vocal ...

They Remind Me Too Much Of You (Take 4)

FILTER

island in the sun-blue hawaii



## ISLAND IN THE SUN (Blue Hawaii)

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 135 views • 6 months ago

This song is performed by VALMIKI RAMANI. Originally sang by HARRY BELAFONTE. Accompiment by Manuel and Music of the ...



## Elvis Presley - Island Of Love

harsanyipepl • 135k views • 9 years ago

Elvis Presley Blue Hawaii 1961.

## RELEASE ME.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 213 views • 7 months ago

This song is performed by VALMIKI RAMANI.Use headphones.



## Island in the Sun~(Goombay Dance Band) 1.

fransiscus b • 274K views • 6 years ago

Tropical white sand llands,in the Sun, bezongen door de Goombay Dance Band ** ALL Rights Belong to the Rightfull Owners...!!!

am i that easy to forget

FILTER



Stephen Sondheim looks back on Merrily We Roll Along. Use code MWRFB2 for $79 tickets.

Roundabout Theatre Company · 26K views

Now in Performances A One-of-a-Kind Production

···

**AM I THAT EASY TO FORGET.**

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 53 views · 5 months ago

Song performed by VALMIKI RAMANI.Use headphones. This is a second edition of this song, made popular by Englebert . ...



2:55

**Jim Reeves Sings 'Am I That Easy To Forget'.**

tarquin45 · 2.4M views · 10 years ago

Carl Belew's superlative Country song is given a velvet like performance by the great Jim Reeves. One thing I can't understand is ....

2:40



3:12

**Engelbert Am I That Easy To Forget-2009**

Larisa681 · 7M views · 9 years ago

For 44 years,Engelbert Humperdinck has enjoyed a career that any performer would love to have.He has sold 150 million albums ...

FILTER

i'll never fall in love again/elvis tom jones



New

## I'LL NEVER FALL IN LOVE AGAIN.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 1 view · 18 hours ago

Song performed by VALMIKI RAMANI, also sung by Elvis Presley and Tom Jones.



## TOM JONES - I'll Never Fall In Love Again (1967)

lmj22 · 6.5M views · 9 years ago

Tom Jones - I'll Never Fall In Love Again (1967)



## Tom Jones - I''ll Never Fall In Love Again (Live)

skyberry1969 · 31K views · 8 years ago

## I'LL NEVER FALL IN LOVE AGAIN ELVIS PRESLEY & TOM JONES

Yee Sherell · 35K views · 2 years ago

Click here to enjoy more videos: http://cinematag.com http://documentary.googleusd.com Es guste. I hope you enjoy it.

magaritta as sung by elvis

FILTER

Showing results for *margarita as sung by elvis*   Search instead for magaritta as sung by elvis









### MARGARITA (as sung by Elvis Presley)
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 191 views • 4 months ago

This song is performed by VALMIKI RAMANI. Composed by Don Robertson, from the movie Fun in Acapulco.

### Elvis Presley.Margarita - De la pelicula El idolo de Acapulco-1963
SEÑOR RATING • 1.7M views • 4 years ago

canción con subtítulos en español.

### JUST PRETEND. (as sung by Elvis Presley)
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 252 views • 1 year ago

this song is performed by VALMIKI RAMANI,better recording. This is a second edition, and a cover.

### AM I LOSING YOU -VALMIKI RAMANI (AS SUNG BY ELVIS PRESLEY)
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 113 views • 1 year ago

ASLSO SUNG BY JIM REEVES This is a tribute to ELVIS I think he would have sang this song very well.

from russia with love theme song

FILTER







2:34

2:29

2:36

FROM RUSSIA WITH LOVE .(THEME FROM THE MOTION PICTURE
OF SAME NAME)

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 293 views · 1 year ago

Song performed by VALMIKI RAMANI . ALSO SUNG BY MATT MONRO. STARRING SEANCONNERY AS
JAMES BOND,from the ...

From Russia with Love Theme Song - James Bond

James Reed · 1.5M views · 6 years ago

The theme tune to 007. From Russia with Love, performed by Matt Monro. For entertainment purposes
only, I do not claim ...

MATT MONRO ~ From Russia With Love ~

Scout4Me1 · 308K views · 5 years ago

The Matt Monro theme song from the James Bond movie, "FROM RUSSIA WITH LOVE".

From Russia With Love

YouTube Movies ⊘

Action & Adventure · 1964 · PG · English

Sean Connery returns as James Bond in this thrill-a-minute adventure featuring remarkable villains,
beautiful women and exotic ...

Actors: Sean Connery, Daniela Bianchi, Pedro Armendariz
Director: Terence Young

WATCH FROM $13.99

FILTER

mine elvis

🔍







3:14

## MINE-AS SUNG BY ELVIS PRESLEY.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 111 views • 7 months ago

This song is performed by VALMIKI RAMANI.This is a third edition.I have added a third verse to the song.. This is by far one of the ...

2:59

## Elvis ...Mine

shawent • 66K views • 8 years ago

A gentle Love song from Elvis ,recorded 1967 .Mine is a heart That beats for only you Mine is a love that always will be true For ...

2:37

## Elvis Presley: "Mine" (1967)

T2TCB1701 • 8.2K views • 4 years ago

Elvis Presley's recording of the Tepper/Bennett ballad, "Mine". Recorded in Nashville, 1967. Definitely one of his more underrated ...

2:38

## Elvis Presley-Mine.

antella77 • 71K views • 9 years ago

Mine-Elvis Presley.Beautiful and gentle Love song from Elvis ,recorded in 1967 and released out 1968. .Mine is a heart That beats ...

FILTER

spanish eyes first edition









### SPANISH EYES (first edition)
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 107 views · 2 years ago

Song performed by VALMIKI RAMANI.Use headphones.

### OJOS ESPANOL. (Spanish Eyes)
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 160 views · 5 months ago

This song is performed by VALMIKI RAMANI in Espanol.Use headphones.

### SPANISH EYES. (Ojos Espanol)
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 317 views · 5 months ago

Song performed byVALMIKI RAMANI.Use headphones.This is a second edition of this song.

### Al Martino - Spanish Eyes (1967)
gussie5555 · 6.1M views · 10 years ago

Live on German TV - 26th August 1967. This was the second day of colour transmissions in Germany.
"Gala-Abend der ...

LOVE ME WITH ALL OF YOUR HEART (...)

FILTER

anything that's part of you





**ANYTHING THAT'S PART OF YOU-VALMIKI RAMANI**
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 977 views · 2 years ago
Music aand words written by Don Robertson Also sung by Elvis Presley.

**Anything that's part of you - ELVIS PRESLEY - With Lyrics**
S.Vansay · 161K views · 4 years ago
Anything that's part of you - ELVIS PRESLEY - With Lyrics S.Vansay.

**Elvis Presley - Anything That's Part Of You - From First Take To The Master and beyond**
Leon Smith's Elvis Channel · 10K views · 10 months ago
Quite often the pleasure in listening to a song from the very first take through to the master is experiencing the process that is ...

**Anything That's Part Of You Elvis Presley**
Ben Quint · 29K views · 1 year ago
Anything That's Part Of You Elvis Presley.

Elvis Presley - Anything that's Part of You

la-paloma-en espanola

🔍

FILTER

Showing results for la-paloma-en espanol

Search instead for la-paloma-en espanola



## LA PALOMA -EN ESPANOL.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 106 views · 4 months ago

This song is performed by VALMIKI RAMANI, lyrics (c) written by Valmiki Ramani. This tune was written in the eighteen century ...



## LA PALOMA (En Espanol)

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 145 views · 5 months ago

This song is performed by VALMIKI RAMANI, with lyrics written by Sebastian De Yardier, in the eighteen century.Lyrics by Vano.

## Lucero de la Mañana, Kimi Tuvi Vol. 4 .06 YA A PALOMA EN ESPAÑOL

Palemon Casare · õsjjõ · · 230K views · 5 years ago



Mireille Mathieu canta en Español La paloma vendrá2

rnipapu · 93K views · 8 years ago

you belong to my hesrt

🔍

FILTER

Showing results for you belong to my heart   Search instead for you belong to my hesrt



YOU BELONG TO MY HEART.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 1.8K views • 2 years ago

ELVIS PRESLEY-ENGLEBERT HUMPERDINK-JERRY VALE,Song performed by Valmiki Ramani.



You Belong To My Heart - Dora luz

kjelleklund • 104K views • 6 years ago

You Belong To My Heart - Solamente una vez, performed by Dora luz. The song was written and originally sung by the Mexican ...



SOLOMENTE UNA VEZ.(You belong to my heart)En Espanol.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 469 views • 1 year ago

This song is performed by VALMIKI RAMANI.



Little Joe, and Willie Nelson, You Belong To My Heart, Solamente Una Vez

Visual Artist Frank Bonilla • 663K views • 8 years ago

This video has already been uploaded to Youtube by others. I looked at my video, and thought the quality was a little better, so I ...

FILTER

release me






## Agnes - Release Me (Official Music Video)

Agnes ♪ • 1.9M views • 9 years ago

The Official Music Video ☞ Listen on your preferred service: http://smarturl.it/Agnes.Music
http://www.agnescarlsson.se Release ...

## Engelbert Humperdinck - Please release me - 1989

VHSGoldie • 23M views • 7 years ago

Engelbert Humperdinck - Please release me (let me go) - 1989 Infos zu Engelbert Humperdinck: ...

## RELEASE ME.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 213 views • 7 months ago

This song is performed by VALMIKI RAMANI.Use headphones.

## Pearl Jam, Release (HQ Audio)

JakeTheScientist • 2.9M views • 9 years ago

The lyrics are- Father...ooh...oh...oh... I see the world, feel the chill Which way to go, windowsill I see the
words on a rocking horse ...

FILTER

a man without love







3:34

3:23

3:19

3:14

# A MAN WITHOUT LOVE.
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 166 views · 5 months ago
Song performed by VALMIKI RAMANI, (cover).Use headphones. This is a second edition.

## A Man Without Love With Lyrics - Engelbert Humperdinck
King Twain · 3.4M views · 7 years ago
Anti Aging Anti Wrinkle Scar Removal Acne Removal Cream ALL In One https://stunextra.com.

## Engelbert Humperdinck - A Man Without Love
Hülya Ünalms Video Creations · 2.4M views · 3 years ago
Follow Us On Facebook https://www.facebook.com/romanticmusicarea2/

## A man without love - Engelbert Humperdinck
racewayroy · 4M views · 8 years ago
Original old movie clip of Engelbert Humperdinck.

Mix - A man without love - Engelbert Humperdinck

there goer my every thing valmik..

Showing results for there goes my everything valmiki    Search instead for **there goer my every thing valmiki**

≡ FILTER



### THERE GOES MY EVERY THING.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 53 views · 2 years ago

PERFORMED BY VALMIKI RAMANI.Elvis presley cover.



### THERE GOES MY EVERYTHING.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 97 views · 5 months ago

Song performed by VALMIKI RAMANI.Use headphones, this is a second edition of this song.



### THERE GOES MY EVERYTHING.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 238 views · 2 years ago

Song performed by VALMIKI RAMANI. Also sung by Englebert Humperdink.



### RELEASE ME.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 213 views · 7 months ago

This song is performed by VALMIKI RAMANI.Use headphones.

FILTER

are you lonesome tonight-as sung by elvis presley



Are you lonesome tonight.
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 350 views · 2 years ago
This song is performed byVALMIKI RAMANI.



Elvis Presley Are you lonesome tonight Laughing version
Elvis Breiti · 1.3M views · 8 years ago

ARE YOU LAUGHING TONIGHT LIVE ELVIS PRESLEY
ELVIS PRESLEY · 657K views · 6 years ago
ELVIS CRACKS UP LAUGHING.



Are you lonesome tonight (Senior Citizen Version)
Keoniwa929 · 33K views · 10 years ago
This is the Senior citizen version of "Are you lonesome tonight" Sung by me in the style of Elvis ...



FILTER

wooden heart (muss i denn)

🔍



2:01

**WOODEN HEART. (MUSS I DENN)**
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 269 views · 6 months ago

This song id performed by VALMIKI RAMANI. Use headphones. And is sung by ELVIS PRESLEY. in motion pix GI Blues.



3:15

Elvis Presley - 'Wooden Heart' (1960)
ManUtd1962 · 488K views · 4 years ago

"Wooden Heart" is a song best known for its use in the 1960 Elvis Presley film G.I. Blues. The song was a hit single for Presley in ...



2:04

【 German folk song 】 "Wooden Heart (Muss I Denn)" ~~ Joe Dowell
Ammy6050 · 14K views · 1 year ago

Wooden Heart (lyrics) - Elvis Presley
whyrock722 · 1.1M views · 11 years ago

This is a song of Mr. Handsome (Elvis Presley). Hehehe! This song was also portrayed in one of his movies near 1960 I think?



THERE IS ALWAYS ME, as sung by Elvis presley.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 208 views · 2 years ago

Song performed by Valmiki Ramani .Use head phones.



There's Always Me - Elvis Presley

Jokarilon · 274K views · 10 years ago

There's Always Me/Judy (US) RCA 47-9287 Released: August 1967 Vanz, hello!



When the evening shadows
fall
And you're won'dring who
to call
For a little company
There's always me



Elvis Presley - There's Always Me (Audio)

Elvis Presley ♪ · 610K views · 1 month ago

Elvis Presley "There's Always Me" Listen to the best of Elvis Presley, wherever you listen to music: ...

There's Always Me by: Elvis Presley

2milkanta · 74K views · 6 years ago

Love Song.







## ANYTHING THAT'S PART OF YOU-VALMIKI RAMANI
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 977 views · 2 years ago

Music aand words written by Don Robertson! Also sung by Elvis Presley.

## Anything that's part of you - ELVIS PRESLEY - With Lyrics
SVansay · 161K views · 4 years ago

Anything that's part of you - ELVIS PRESLEY - With Lyrics S.Vansay.

## Elvis Presley - Anything That's Part Of You - From First Take To The Master and beyond
Leon Smith's Elvis Channel · 10K views · 9 months ago

Quite often the pleasure in listening to a song from the very first take through to the master is experiencing the process that is ...

starting today as sung by elvis presley

FILTER



### STARTING TODAY .

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 215 views · 1 year ago

Song performed by VALMIKI RAMANI. This is a second edition of this song. This song was traditionally sung by Elvis Presley.



### STARTING TODAY.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 151 views · 2 years ago

This song is performed by VALMIKI RAMANI.As sung by Elvis Presley.Song was written by Don Robertson. Great job!

### Starting Today Elvis Presley Recorded 1961 03 12 With Lyrics

Ben Quint · 6.3K views · 1 year ago

Starting Today Elvis Presley Recorded 1961 03 12 First Released on Something For Everybody With Lyrics.





### Elvis Presley - Solitaire

purelistener · 6M views · 11 years ago

Elvis Presley - Solitaire Recorded: 1976/02/03, first released on "From Elvis Presley Boulevard" (Words & Music: Neil Sedaka ...

Mix - STARTING TODAY

this is my song

FILTER

▶ YouTubeTV
Cable-free live TV

**Extended 14 day Trial**
[AD] YouTube Spotlight · 3.8M views

Hurry - Offer Ends 2/13 No Cable Box Required - Try It Now



**Petula Clark ' This Is My Song' in Stereo**
BladeSteve2007 · 7.7M views · 11 years ago

This was a 1967 UK #1 hit for Petula. Music and a few images of Petula. The definitive version of a wonderful song written by ...



**Luke Bryan - Play It Again (Official Music Video)**
Luke Bryan ♪ 128M views · 4 years ago

Play It Again" from Luke Bryan's Crash My Party album, available here: http://smarturl.it/3g89959?
IQid=VEVO Music video by Luke ...



**THIS IS MY SONG.**
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 1 view · 45 minutes ago

Song performed by VALMIKI RAMANI.Composed by Charles Chaplin. Staring Brian Stuart Young and Andrea.

New

≡⁺ FILTER

eighteen yellow roses as sung by bobby darin                                    🔍



### EIGHTEEN YELLOW ROSES. As sung by Bobby Darin.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · No views · 1 hour ago

This song is performed by me VALMIKI RAMANI, and I have rewritten the lyrics to represent a love
between a man and a woman.

New



### Bobby Darin - 18 Yellow Roses (1963)

Four Seasons Oldies · 20K views · 3 years ago



### Mix - Bobby Darin - 18 Yellow Roses (1963)

YouTube

Bobby Darin - 18 Yellow Roses (1963) · 2:24

Bobby Darin - Dream Lover · 2:28



### 18 Yellow Roses ~ Bobby Darin

Robert Silvestri · 139K views · 6 years ago

In 1962, Darin began to write and sing country music, with hit songs including "Things" (US #3/UK #2)
(1962), "You're the Reason ...

Bobby Darin and Marty Robbins '18 Yellow Roses'

FILTER

Showing results for it's now or never performed by valmiki

Search instead for it's now or neveras performed by valmiki



### VALMIKI RAMANI-IT NOW OR NEVER-as sung by Elvis Presley.
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 44 views · 2 years ago

Second recording of song performed by VALMIKI RAMANI.



### IT'S NOW OR NEVER.
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 104 views · 2 years ago

Performed by VALMIKI RAMANI.As sung by Elvis Presley.



### IT'S NOW OR NEVER.
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 26 views · 2 years ago

Performed by VALMIKI RAMANI.As sung by Elvis Presley.

### Angelina Jordan - It's Now or Never (Allsang på grensen 2017)
TV 2 · 3.2M views · 1 year ago

Angelina Jordan (11) fremførte Elvis Presleys legendariske «It's Now or Never» foran publikum på Fredrikstens festning i Halden ....

the wayward wind-as sung pat boon

🔍

≡ FILTER

Showing results for the wayward wind-as sung pat boone   Search instead for the wayward wind-as sung pat boon



THE WAYWARD WIND (as sung by pat boone)
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 144 views · 2 years ago

Performed by VALMIKI RAMANI.



Pat Boone-The Wayward Wind
monpetticiel · 33K views · 6 years ago

The wayward wind is a restless wind A restless wind that yearns to wander And he was born the next of kin The next of kin to the ...



The Wayward Wind ~ Lyrics ~ Gogi Grant
Cary Buffington · 26K views · 4 years ago

Gogi Grant (born September 20, 1924) is an American popular singer. She is best known for her long-running classic No.



Pat Boone - The Wayward Wind
TOTY ITALY · 471 views · 2 years ago

FILTER

walk through this world with me performed by valmiki



**WALK THROUGH THIS WORLD WITH ME**
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 92 views · 2 years ago
englebert humperdink.Performed by VALMIKI RAMANI.



**George Jones - Walk Through This World With Me**
kkiilljjooy · 2.2M views · 9 years ago

testing quality of upload...



**George Jones ~ Walk Through This World With Me**
Crazy Don · 38K views · 2 years ago



**Tanya Tucker - "Walk Through This World With Me"**
GuriMalla2010 · 649K views · 8 years ago

Låtskrivere: Kay Savage / Sandra Seamons Lyrics: Walk through this world with me Go where I go Shar
all my dreams with me I ...

FILTER

ebb tide second edition

   

2:52 3:16 2:50 2:45

### EBB TIDE.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 35 views · 2 weeks ago

Song performed by VALMIKI RAMANI.This is a second edition, also sung by the Righteous Brothers.

### THE RIGHTEOUS BROTHERS - EBB TIDE 1965

tommy194070 · 431K views · 7 years ago

The emotive vocal stylings of The Righteous Brothers (Bill Medley and Bpbby Hatfeld) were sometimes dubbed "blue-eyed soul".

### SPANISH EYES. (Ojos Espanol)

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 317 views · 5 months ago

Song performed byVALMIKI RAMANI.Use headphones.This is a second edition of this song.

### EBB TIDE.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 53 views · 1 year ago

Second Edition, featuring the music of MANTOVANI. This song is performed byVALMIKI RAMANI. Also sung by the Righteous ...

FILTER

can't help falling in love with you-valmiki



VALMIKI RAMANI-Can't help falling in love with you.(ELVIS PRESLEY COVER))

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 53 views • 2 years ago

PERFORMED BY VALMIKI RAMANI.(second recording)As sung by Elvis Presley.



New

I'LL NEVER FALL IN LOVE AGAIN.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 5 views • 2 days ago

Song performed by VALMIKI RAMANI, also sung by Elvis Presley and Tom Jones.

Performed by VALMIKI RAMANI.

CAN'T HELP FALLING IN LOVE WITH YOU(as sung by elvis presley)

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 48 views • 2 years ago



Elvis Presley - Can't Help Falling In Love (Audio)

Elvis Presley ♪ 143M views • 5 years ago

Elvis Presley's official audio for 'Can't Help Falling In Love'. Click to listen to Elvis Presley on Spotify:

http://smarturl.it/ElvisSpotify?

you're my world

FILTER











## SMILF - only on SHOWTIME
AD SMILF on SHOWTIME · 996K views

Now Streaming. Watch the season premiere now!

## YOU'RE MY WORLD.
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 52 views · 1 month ago

Song performed by VALMIKI RAMANI. Tom Jones-Englebert Humperdink-Cilla Black.

## Jacqueline Faye 53 Farm Girl "You're My World" STANDING OVATION AUDITIONS week 1 X Factor UK 2018
Breaking Talents Showcase · 1M views · 4 months ago

Jacqueline Faye 53 year old farm girl "You're My World" GETS STANDING OVATION AUDITIONS week 1 round 2 (Sunday).

## Tom Jones - You're My World (lyrics)
Mehmet Altıntaş · 9.1M views · 3 years ago

If our love ceases to be That is the end of my world for me.

···

some where my love dr zhivago theme

FILTER







SOMEWHERE MY LOVE. (Dr Zhivago theme song)
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 582 views · 2 years ago
Song performed by VALMIKI RAMANI.

Somewhere My Love - Andy Williams
Timur Oguz · 3.8M views · 7 years ago
Andy Williams sings "Somewhere My Love (Lara's Theme)" from the movie Doctor Zhivago. Pictures of
Omar Shariff and Julie ...

Doctor Zhivago - Lara's Theme
Muirmaiden · 9M views · 11 years ago
Copyright Disclaimer Under Section 107 of the Copyright Act 1976, allowance is made for fair use for
purposes such as criticism, ...

Mix - Ray Conniff - Somewhere, My Love (Lara's Theme From "Dr.
Zhivago")
YouTube

Ray Conniff - Somewhere, My Love (Lara's Theme From "Dr. Zhivago") · 2:24
It's All In The Game · Tommy Edwards · 2:40

SOMEWHERE MY LOVE (Lyrics)

solomentez una vez ('you belong to my heart) en espanol

Showing results for solomente una vez ('you belong to my heart) en espanol   Search instead for solomentez una vez ('you belong to my heart) en espanol





This song is performed by VALMIKI RAMANI.

SOLOMENTE UNA VEZ (You belong to my heart)En Espanol.
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 469 views • 1 year ago

Track taken from (Connie Francis First Recordings in Spanish 1960 to 1964) hope you like, no copyright infringement is intended.

Phillip Primrose • 434K views • 4 years ago

Connie Francis - Solamente Una Vez (You Belong To My Heart)
(Spanish version)(6)

From my own cd and vinyl collection* Copyright Disclaimer Under Section 107 of the Copyright Act 1976, allowance is made for ...

Dario's Oldie Attic • 3.7K views • 4 years ago

Marty Robbins - Solamente una vez (spanish) "you belong to my heart"

This is a popular song with music by Agustín Lara and lyrics by Ray Gilbert, published in 1944. The two biggest hit versions were ...

LUCKY DUCKIES • 113K views • 9 years ago

Solamente Una Vez / You Belong To My Heart - The Lucky Duckies

FILTER

misty blue as sung by englebert humperdink

🔍

Showing results for misty blue as sung by englebert humperdink  Search instead for misty blue as sung by englebert humperdink



## MISTY BLUE-AS SUNG BY ENGLEBERT HUMPERDINK-COVER
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 226 views · 2 years ago




## MISTY BLUE = ENGELBERT HUMPERDINCK
MaggisdenEngelbertChannel · 32K views · 5 years ago

PERFECTION BY ENGELBERT, WRITTEN BY BOB MONTGOMERY, FROM MAGGISDEN. ALSO RECORDED BY DOROTHY ...

## Misty Blue - Engelbert Humperdink (Lyrics)
ElTouroFogoso · 2K views · 3 years ago

These are the lyrics to an oldie but goody heartbreak / love song by Engelbert Humperdink.



## Misty Blue and This Is My Song
Astrid de kleijn · 5.8K views · 4 years ago

Misty Blue and This Is My Song by Engelbert Humperdinck, Astrid...

please love me forever

FILTER







2:56

2:25

2:33

4:38

## To Honor My Choices: Track 4

Michael Gearheart · 1.5K views

Romantic Love First Glance

## PLEASE LOVE ME FOREVER.Valmiki Ramani.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 148 views · 1 year ago

This song is performed by VALMIKI RAMANI. Also sung by Elvis Presley. Also sung by ELVIS PRESLEY.

## "Please Love Me Forever" Bobby Vinton

catman916 · 472K views · 8 years ago

"Please Love Me Forever" written by John Malone and Ollie Blanchard was a hit for Cathy Jean and the Roommates in 1961.

## Cathy Jean and The Roomates - Please Love Me Forever (1960)

Tom Smith · 297K views · 9 years ago

Charted at #12 on Billboard Hot 100 in March 1961. The single was released in October 1960 and became the only Billboard ...

am i losing youas sung by elvis

🔍

FILTER

Showing results for am i losing you as sung by elvis    Search instead for am i losing youas sung by elvis







AM I LOSING YOU -VALMIKI RAMANI (AS SUNG BY ELVIS PRESLEY)

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 113 views · 1 year ago

ASLSO SUNG BY JIM REEVES This is a tribute to ELVIS I think he would have sang this song very well.

HAVE I TOLD YOU LATELY.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 85 views · 2 years ago

Song performed by VALMIKI RAMANI.

Elvis Presley - I've Lost You (That's the way it is - 1970)

Junnmaz · 3.1M views · 10 years ago

Elvis Presley performing I've lost you.

Elvis "Who Am I" with lyrics. Remake, Beautiful song and video..wmv

Angel Elvis · 133K views · 6 years ago

Singing about our beloved Savior;Who Am I was recorded by Elvis Feb. 22, 1969, Beautiful Song and Video. Full Sreen.(Better).

STATE Supreme Court County Queens

VALMIKI RAMANI
PLAINTIFF
against
Youtube LLC
Defendants

INDEX NO 5821/18
DISCOVERY - EVIDENCE
INCREASED DESTRUCTION OF my channel

I Valmiki Ramani do truly deposes the following to be true. The Defendants in addition to all complaints against them has

1) of 3-9-19 (been) and before further dismanteling my channel.

2) As I have given you proof that I have many videos that have worked their way to the top and within third position on song sites, they are been moved down and in some cases taken off completely and put in an unconducive site & dumped as in the attached two exhibits.

3) From the start I put on the test video "You don't have to Say You Love me", they kept taking it down as it reached number 3 position. It was off for one year. During the time it has been up it earned over 500 views and 7 likes. Realease me has been moving up upon release.

TO: Honourable Justice
J. Taylor
New York State Supreme Court Queens

Valmiki Ramani
Plaintiff
Valmiki Ramani

I Dumped !!!
we in third place or Song Site

## RELEASE ME.

Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm • 254 views • 8 months ago

This song is performed by VALMIKI RAMANI.Use headphones.



## Marshmello ft. Bastille - Happier (Official Music Video)

Marshmello ♪  207M views • 5 months ago

Marshmello ft. Bastille - Happier (Official Music Video) Download / Stream Happier ▲
http://marshmello.lnk.to/happier NEW ...

4K   CC





## Drake - God's Plan

Drake ♪  956M views • 1 year ago

God's Plan (Official Video) Song Available Here: **https://Drake.lnk.to/ScaryHoursYD** Directed by Karena
Evans Executive ...

CC

## Childish Gambino - This Is America (Official Video)

Donald Glover ♪  508M views • 10 months ago

This Is America" by Childish Gambino http://smarturl.it/TcIgA Director: Hiro Murai Producer: Jason Cole
of Doomsday with Ibra Ake ...

CC



## Maroon 5 - Girls Like You ft. Cardi B



*Dumped*

*THis was my fess Video*

*They are some of videos of this song up for 6-10 years WFP under 100 views.*

### You Don't Have To Say You Love Me .

Valmiki R · 532 views · 4 years ago

This song is performed byVALMIKI RAMANI.

## Marshmello ft. Bastille - Happier (Official Music Video)

Marshmello ♪ · 206M views · 5 months ago

Marshmello ft. Bastille - Happier (Official Music Video) Download / Stream Happier ▲
http://marshmello.lnk.to/happier NEW ...

4K   CC

## Tyga - Taste (Official Music Video) ft. Offset

Tyga ♪ · 611M views · 9 months ago

For the single, "Taste". Out Now! Stream: https://EMPIRE.lnk.to/Taste Produced by d.a. doman Official
music video by Tyga ...

## Drake - God's Plan

Drake ♪ · 956M views · 1 year ago

God's Plan (Official Video) Song Available Here: https://Drake.lnk.to/ScaryHoursYD Directed by Karena
Evans Executive ...

CC

ADES*#T   THE CARTERS





State of New York Supreme Court

County of Queens

VALMIKI RAMNINE   INDEX No 5821/18
PLAINTIFF
Against:
YOUTUBE LLC
Defendants

A notation

To the Honorable Justice J. Taylor, kindly
allow me to make this final comment about my
case against the defendants.

1) A Trade name and mark is Just that, therefore
when someone types that name as more "Valmiki
Ramnuri International Songs of love vas" what
Should pop up in that search is what that
trade name is all about, and rightfully the
trade name pops up with a description of the
number of Subscribers and videos, therefore
as in this case are 392 video should be
made to be seen of the channel, not that
2 videos then a host of Indian videos
and channels displays, therefore not
the content of the plaintiff trade name, further
more these videos and channels takes over
with 85 percent of the trade name display
Space is this not intentional? YouTube
only display intently obstruct the trade name videos
then the Indian content take's over.

2. I believe the Court should grant my motion because [EXPLAIN YOUR REASONS, USE ADDITIONAL PAPER IF NECESSARY.]

This clearly intentional and nothing to do regarding defendant's counsel explaination which is quite Lame.

3) With due respect, kindly type into the search browser for example the "Nat Cole Channel" or "Elvis Presley Channel" and see the results, what you see displayed should be the same display with my trade name. WHY is other "Elvis" artists on Elvis Channel there are so many

Hon Justice J. Taylor
State of New York Supreme
Court, County of Queens.

Valmiki Ramani
Plaintiff
Valmiki Ramani

Date: 3-11-19.

2

*This song Release mine was Numbe 3 on te Regalar song Site, I was told that because*

### RELEASE ME.
Valmiki Ramani INTERNATIONAL SONGS OF LOVE tm · 254 views · 8 months ago

This song is performed by VALMIKI RAMANI.Use headphones.

*a) Copy Issues I was taken off*

*How con this be when I was was cured it!*

*@ I've permission to use it!*

*Seo attacked*

*Exhibit*

## Marshmello ft. Bastille - Happier (Official Music Video)
Marshmello ♪ 207M views · 5 months ago

Marshmello ft. Bastille - Happier (Official Music Video) Download / Stream Happier ▲
http://marshmello.lnk.to/happier NEW ...

4K  CC

## Drake - God's Plan
Drake ♪ 956M views · 1 year ago

*THIS not te officel song Site This is a dumping page created with about 6 videos*

God's Plan (Official Video) Song Available Here: https://Drake.lnk.to/ScaryHoursYD Directed by Karena
Evans Executive ...

CC

## Childish Gambino - This Is America (Official Video)
Donald Glover ♪ 508M views · 10 months ago

This is America" by Childish Gambino http://smarturl.it/TcIgA Director: Hiro Mural Producer: Jason Cole
of Doomsday with Ibra Ake ...

CC

## Maroon 5 - Girls Like You ft. Cardi B




Info & Settings   Enhancements   Audio   End screen & Annotations   Cards   Subtitles/CC   © Copyright

## RELEASE ME. (this is a second edition)



RELEASE ME. (this is a second edition)

**Permission granted to use Release Me Was of Jor a good while until this Jewsday Twes**

~Joreen Halsely~

**CONTENT**

CALL ON ME
Music composition
0:04 - 2:38 play match

**CLAIMANT**
SACEM
EMI Music Publishing
Sony ATV Publishing

Details

### You can monetize this video.

Copyrighted content was found in your video.
The claimant is allowing their content to be used in your YouTube video. You might also be able to monetize your video by sharing revenue with the claimant.

**VIEWING RESTRICTIONS**      None

**MONETIZATION**      Eligible for revenue sharing

If you agree with these conditions, you don't have to do anything.
Learn more

**POLICY**

Monetized by copyright owner

File a dispute

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

---------------------------------------------------------------------- X

VALMIKI RAMANI

(Fill in name(s)) Plaintiff(s)/Petitioner(s)

- against -

YouTube LLC

(Fill in name(s) Defendant(s)/Respondant(s)

---------------------------------------------------------------------- X

Index Number

5821 /2018

Affidavit of Service

MAR - 5 2019

STATE OF NEW YORK
COUNTY OF Queens SS:

I, HECTOR COLON being duly sworn says:(NAME OF PERSON WHO SERVES PAPERS) I am not a party to the action, am over 18 years of age And reside at 139-80 85 DR 3A BRIARWood NY 11435 (ADDRESS OF PERSON SERVING PAPERS). On March 5, 2019 (DATE OF SERVICE), I served a true copy of the following papers, Discovery-Evidence (Discrimination) (IDENTIFY THE PAPERS SERVED) which are attached to this affidavit, in the following manner: [CHECK ONE]

_____ By personally delivering the papers to: ________________ [PERSON SERVED] at [ADDRESS] ________________.

PERSONAL SERVICE

The individual I served had the following characteristics: [FILL IN]

___ Male ___ Female _______ Skin Color _______ Hair Color

___ 21-34 yrs. ___ 35-50 yrs. ___ 51-61 yrs. ___ Over 61

____ 120-150 lbs. ____ 151-181 lbs. ____ Over 182 lbs.

Approximate height _____ _____

Other distinguishing features ________________

U.S.P.S.
MAIL

By mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

_____ By depositing the same with an overnight delivery service in a wrapper properly

OVERNIGHT addressed.  Said delivery was made prior to the latest time designated by the

DELIVERY overnight delivery service for overnight delivery.

SERVICE The delivery service used was _____. The

name(s) and address(es) of person(s) served are indicated below:

Name(s) and address(es) of Person(s) served:

ATTORNEY for Defendants)
Jason B Mallick
1301 Ave of Americas
40th FL NY - NY 10019
Wilson Sonsini Goodrich
Rosati Conjar

_____
[SIGN NAME] Before a Notary

Hector Cohen
[PRINT NAME]

Sworn to before me this
5 day of March, 20 19.

ZLATA AKILOVA
Notary Public, State of New York
Reg. No. 01AK6356611
Qualified in Queens County
Commission Expires 03/13/2021

Notary Public

2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

_____ X

Valmiki Raman

(Fill in name(s))  Plaintiff(s)/Petitioner(s)

- against -

You Tube LLC

(Fill in name(s))  Defendant(s)/Respondant(s)

_____ X

Index Number

5921 /2018

Affidavit of Service

RECEIVED
MAR - 1 2019
COUNTY CLERK
QUEENS COUNTY

STATE OF NEW YORK
COUNTY OF Queens SS:

I, MARLYN JONES being duly sworn says:(NAME OF PERSON

WHO SERVES PAPERS) I am not a party to the action, am over 18 years of age And reside

at 139-80 85 DR Briarwood NY 11435 _____ (ADDRESS

OF PERSON SERVING PAPERS). On Feb , 2019 (DATE OF SERVICE), I served a true copy of

the following papers, Discovery - Evidence (2) (IDENTIFY THE PAPERS

SERVED) which are attached to this affidavit, in the following manner: [CHECK ONE]


_____ By personally delivering the papers to: _____ [PERSON

SERVED] at [ADDRESS]_____

PERSONAL  The individual I served had the following characteristics: [FILL IN]

SERVICE  ___ Male ___ Female _____ Skin Color _____ Hair Color

____ 21-34 yrs. ____ 35-50 yrs. ____ 51-61 yrs. ____ Over 61

_____ 120-150 lbs. _____ 151-181 lbs. _____ Over 182 lbs.

Approximate height _____ _____

Other distinguishing features _____

RECEIVED
MAR - 1 2019
COUNTY CLERK
QUEENS COUNTY

X     By mailing the same in a sealed envelope, with postage prepaid

MAIL    thereon, in a post-office or official depository of the U.S. Postal Service within the

State of New York, addressed to the last-known address of the addressee(s) as

indicated below:

_____    By depositing the same with an overnight delivery service in a wrapper properly

OVERNIGHT    addressed.  Said delivery was made prior to the latest time designated by the

DELIVERY    overnight delivery service for overnight delivery.

SERVICE    The delivery service used was _____.  The

name(s) and address(es) of person(s) served are indicated below:

**Name(s) and address(es) of Person(s) served:**

Jason B. Mollick
1301 6th Ave.
NY, NY 10019.
Email: JMollick@WSGR.com

_____
[SIGN NAME] Before a Notary

WA Jones _____

Zlata Akilova
[PRINT NAME]

Sworn to before me this
22 day of Feb, 2019.

Notary Public

ZLATA AKILOVA
Notary Public, State of New York
Reg. No. 01AK...
Qualified in ...
Commission Expires Oct...

2

✗ —     By mailing the same in a sealed envelope, with postage prepaid

MAIL

thereon, in a post-office or official depository of the U.S. Postal Service within the

State of New York, addressed to the last-known address of the addressee(s) as

indicated below:

_____     By depositing the same with an overnight delivery service in a wrapper properly

OVERNIGHT    addressed. Said delivery was made prior to the latest time designated by the

DELIVERY    overnight delivery service for overnight delivery.

SERVICE    The delivery service used was _____. The

name(s) and address(es) of person(s) served are indicated below:

Name(s) and address(es) of Person(s) served:

Jason B. Mollick

1301 6th Ave

NY, NY 10019 .

email: Jmollick@wsgr.com

_____ Before a Notary
[SIGN NAME]

MA Jones

Zlata Akilova
[PRINT NAME]

Sworn to before me this
22 day of Feb , 2019

ZLATA AKILOVA
Notary Public, State of New York
Reg. No. 01A_____
Qualified in Queens _____
Commission Expires September ___, 20__

Notary Public

2

MAR - 1 2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

_____ X

Valmiki Ramani

**(Fill in name(s))** Plaintiff(s)/Petitioner(s)

- against -

You Tube LLC

**(Fill in name(s)** Defendant(s)/Respondant(s)

Attorney: Jason B Woclick X

Index Number

5821 /2018

Affidavit of Service

STATE OF NEW YORK
COUNTY OF _____Queens_____ SS:

I, HECTOR Colon _____ being duly sworn says:(NAME OF PERSON

**WHO SERVES PAPERS)** I am not a party to the action, am over 18 years of age And reside

at 139-80 85 DR APT 3A Jamaica NY 11435 (ADDRESS

OF PERSON SERVING PAPERS). On Feb 28 , 2019 (DATE OF SERVICE), I served a true copy of

the following papers, Discovery-Evidence _____ (IDENTIFY THE PAPERS

SERVED) which are attached to this affidavit, in the following manner: [CHECK ONE]

_____        By personally delivering the papers to: _____ [PERSON

SERVED] at [ADDRESS]_____

**PERSONAL**    The individual I served had the following characteristics: [FILL IN]

**SERVICE**     ___ Male ___ Female _____ Skin Color _____ Hair Color

_____ 21-34 yrs. ____ 35-50 yrs. ____ 51-61 yrs. ___ Over 61

_____ 120-150 lbs. _____ 151-181 lbs. _____ Over 182 lbs.

Approximate height _____ _____

Other distinguishing features _____

X
USPS
MAIL

By mailing the same in a sealed envelope, with postage prepaid

thereon, in a post-office or official depository of the U.S. Postal Service within the

State of New York, addressed to the last-known address of the addressee(s) as

indicated below:

_____

OVERNIGHT

DELIVERY

SERVICE

By depositing the same with an overnight delivery service in a wrapper properly

addressed. Said delivery was made prior to the latest time designated by the

overnight delivery service for overnight delivery.

The delivery service used was _____. The

name(s) and address(es) of person(s) served are indicated below:

Name(s) and address(es) of Person(s) served:

Jason B Pollick
1301 Ave of Americas 40th FL
Wilson-Sonsini, Goodrich Rosati
Ny, Ny 10019

_____
[SIGN NAME] Before a Notary

_____
[PRINT NAME]

Sworn to before me this
01 day of 03, 2019.

Notary Public

AKILOV SION
Notary Public, State of New York
Reg. No. 01AK6045819
Qualified in Queens County
Commission Expires July 31, 2022



