FILED

OCT 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

NC

UNITED STATES DISTRICT COURT — NORTHERN

DISTRICT of CALIFORNIA

VALMIKI RAMANI    Case No: 19 CV 06175-KAW
            Plaintiff

            against

    Youtube LLC
            Defendants

To the Deputy Clerk, Jordan Burgan, in
responce to the enclosed. Certificate of
Service of papers, I Valmiki Ramani
of 139-05 85 DR 6D, Briarwood NY 11435,
wishes to inform you that I opened
the case against the defendant as a poor

1) person and am only able to persue it
where I live, New York City. I am
unable to persue this case further
in Nothern California.

2) I am aware why the chief Justice of the
New York Southern District court had to
transfer the case to your office
However if there is some way you can
see fit to have it transfered back to
New York then I can persue the case

(1)

To seek justice for the many horrible
acts that the defendant has done to me
including stealing 391 of my music videos
which I am sure are made into dvd(s)
and sold on the markets of South East
Asia and had their two Indian Collies
Employees turned my channel into an
Indian one, is cause for the utmost
out Rage. I have experienced now
stop harrassment and disciplining in
from the defendant once starting the channel
all complaints as filed with the Southern
District Office, also tons of Discovery
files coming from my case pursued
in the New York State Supreme Court.

Valmiki Raman
VALMIKI RAMANI
139 - 05 85 DR 6D
Briarwood NY 11435
Teli: 718 - 291 - 2978
Email: VALMIKI · D · R
@ Gmail · Com

(2)

Valmiki D. Ramani
139-05 85th Drive
Apt. 6D
Briarwood, NY 11435

19-cv-06175-KAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALMIKI D. RAMANI,

        Plaintiffs,

    v.

YOUTUBE LLC,

        Defendants.

Case No.: 19-cv-06175-KAW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that:

(1)    I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)    On 10/2/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Valmiki D. Ramani
139-05 85th Drive
Apt. 6D
Briarwood, NY 11435

Dated: 10/2/2019

Susan Y. Soong
Clerk, United States District Court

By: _____

Jordan Burgan, Deputy Clerk to the
Kandis A. Westmore

1

2

3                          UNITED STATES DISTRICT COURT

4                        NORTHERN DISTRICT OF CALIFORNIA

5

6    VALMIKI D RAMANI,
                                                Case No.  19-cv-06175-KAW
         Plaintiff,
7
         v.
8                                               **ORDER SETTING INITIAL CASE**
                                                **MANAGEMENT CONFERENCE**
9    YOUTUBE LLC,                               **AND ADR DEADLINES**

         Defendant.
10

11

12        IT IS HEREBY ORDERED that this action is assigned to the Honorable Kandis A.

13   Westmore.  When serving the complaint or notice of removal, the plaintiff or removing defendant

14   must serve on all other parties a copy of this order, the Notice of Assignment of Case to a United

15   States Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2.

16   Plaintiffs or removing parties must file a consent or declination to proceed before a magistrate

17   judge within 14 days of the filing of the complaint or the removal.  All other parties must file a

18   consent or declination within 14 days of appearing in the case.  All parties who have made an

19   appearance must file a consent or declination within 7 days of the filing of a dispositive motion or

20   the case will be reassigned to a district court judge.  Counsel must comply with the case schedule

21   listed below unless the Court otherwise orders.

22        IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute

23   Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3.  Counsel and clients

24   shall familiarize themselves with that rule and with the material entitled "Dispute Resolution

25   Procedures in the Northern District of California" on the Court ADR Internet site at

26   http://www.cand.uscourts.gov/adr.  A limited number of printed copies are available from the

27   Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

28        IT IS FURTHER ORDERED that plaintiff or removing defendant serve upon all parties

United States District Court
Northern District of California

1 | the brochure entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern District

2 | Of California", additional copies of which can be downloaded from the court's Internet website:

3 | http://www.cand.uscourts.gov.

United States District Court
Northern District of California

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 9/30/2019 | Case filed with the Northern District of California | |
| 12/17/2019 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R . 16-8(b) & ADR L.R. 3-5(b) |
| 12/31/2019 | **Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement<br><br>(also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) Civil L.R . 16-9 |
| 1/7/2020 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 1:30 PM in:<br><br>Ronald Dellums Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 | Civil L.R . 16-10 |

\* If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 21 days in advance of the Initial Case Management Conference.

\*\* If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 7 days in advance of the Initial Case Management Conference.

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
510-637-3530

October 2, 2019

CASE TITLE: VALMIKI D RAMANI v. YOUTUBE LLC

CASE NUMBER: **19-cv-06175-KAW**

RECEIVED FROM: Southern District of New York; Case No. 1:17-cv-5746

TO COUNSEL OF RECORD:

The above entitled action has been transferred to this District. All future filings should reflect the above case number.

Sincerely,

Susan Y. Soong, Clerk

by Jordan Burgan
Case Systems Administrator
(510) 637-3537