UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALMIKI D. RAMANI,<br><br>        Plaintiff,<br><br>    v.<br><br>YOUTUBE LLC,<br><br>        Defendant. | Case No. 19-cv-06175-EMC<br><br>**ORDER RE NINTH CIRCUIT REFERRAL**<br><br>Docket No. 60 |

The Ninth Circuit has referred the matter to this Court for the limited purpose of determining whether in forma pauperis status should continue for the appeal or whether the appeal is frivolous or taken in bad faith. The Court finds that the appeal is frivolous and therefore revokes Plaintiff's in forma pauperis status. *See* 28 U.S.C. § 1915(a)(3).

The Clerk of the Court is ordered to notify the Ninth Circuit immediately of this determination.

**IT IS SO ORDERED**.

Dated: September 28, 2023

_____
EDWARD M. CHEN
United States District Judge