UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VALMIKI D. RAMANI,<br><br>    Plaintiff,<br><br>    v.<br><br>YOUTUBE LLC,<br><br>    Defendant. | Case No.  19-cv-06175-EMC<br><br>Related Cases:<br>• No. C-23-0419 EMC<br>• No. C-23-3787 EMC<br>• No. C-23-3788 EMC<br><br>**ORDER RE NOTICE OF NON-SERVICE** |

The Court has received the notice of non-service from Defendant.  To the extent Defendant has asked that the Court continue the initial case management conference, the request is **DENIED**.  If Defendant wishes to move to dismiss based on, *e.g.*, non-service or improper service or failure to state a claim for relief, it may do so.  Any effort by Defendant to deem Plaintiff a vexatious litigant must be brought by motion.

**IT IS SO ORDERED**.

Dated: November 17, 2023

_____
EDWARD M. CHEN
United States District Judge