UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALMIKI RAMANI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YOUTUBE LLC,<br><br>　　　　Defendant. | Case No. 23-cv-03787-EMC<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 27 |

On January 23, 2024, the Court granted defendant's motion to dismiss. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of defendant and against plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 23, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　United States District Judge